Paula J. Frederick<br>
General Counsel

February 19, 2021

Mr. L. Lin Wood  
L. Lin Wood, PC  
663 Greenview Avenue NE  
Atlanta, GA 30305

  RE:  Grievance filed by the State Disciplinary Board, File No. 210010

Dear Mr. Wood:

  I am in receipt of your letter of February 18 and consent to the extensions of time that you requested.  We will expect your response to the Board's request for a medical examination and your challenges to the participation of Board members on or before March 15, 2021.  Your response to the Notice of Investigation in the Board-issued grievance (File No. 210010) is due on or before March 31.

  We have not received your signed Acknowledgement of Service of the Notice of Discipline.  I have attached another copy; please sign and return it so that I can forward it to the Board member who will handle the investigation.

Sincerely,

*Paula J. Frederick*

Paula J. Frederick

pjf

EXHIBIT C TO COMPLAINT - 1