# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **L. LIN WOOD, JR.,** | ) |
| | ) |
| *Plaintiff*, | ) |
| -vs- | ) |
| | ) Case No. 1-21-cv-01169 TCB |
| **PAULA J. FREDERICK,** *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff respectfully moves the Court under Rule 65(a) of the Federal Rules of Civil Procedure to enter a preliminary injunction to maintain the status quo and to enjoin or restrain the Defendants, their attorneys, and all those acting in concert with them, from taking any further action or imposing any formal disciplinary sanctions by virtue of the Plaintiff's refusal to submit to an involuntary mental evaluation pending a hearing on Plaintiff's request for preliminary injunctive relief and the further orders of this Court.

A preliminary injunction is granted when (1) the plaintiff is likely to succeed on the merits of his or her claims; (2) the plaintiff would suffer irreparable harm in the absence of an injunction; (3) the harm suffered by the plaintiff absent an injunction would exceed the harm that the injunction would cause the defendant; and (4) an injunction would not disserve the public interest. See *Lebron v. Sec'y, Fla.*

*Dep't of Children and Families*, 710 F.3d 1202, 1206 (11th Cir. 2013). As set forth in the Affidavit of L. Lin Wood, and the brief and exhibits filed contemporaneously with this motion, Plaintiff meets the requirements for a preliminary injunction ordering relief under 42 U.S.C. § 1983. Specifically, Plaintiff respectfully requests that the Court enter an order with the following terms:

    1. Defendants, acting in their capacity as members of the State Disciplinary Board, their attorneys, and all persons acting in concert with them having notice, shall be and hereby are restrained and enjoined from proceeding with any action in furtherance of their requirement that the Plaintiff undergo a mental evaluation or examination;

    2. Pending the further orders of this Court, Defendants, their attorneys and those acting in concert with them, are enjoined and restrained from imposing any disciplinary action or otherwise taking any adverse action against the Plaintiff by virtue of his failure or refusal to undergo a mental evaluation or examination;

    In support of this motion, the Plaintiff relies on documents filed contemporaneously herewith which are incorporated herein by reference:

    1.    The Verified Complaint.

    2.    Plaintiff's Memorandum of Law In Support of Motion For Preliminary Injunction;

    3.    Affidavit of L. Lin Wood, Jr.

4.    Appendix of Exhibits filed in support of Motion for Preliminary Injunction.

## CONCLUSION

The Court should grant a preliminary injunction.

Respectfully submitted,

By: */s/ Larry L. Crain*
Larry L. Crain, Esq.
(Tenn. Supr. Crt. #9040)
CRAIN LAW GROUP, PLLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027
Tel. 615-376-2600
Fax. 615-345-6009
Email: Larry@crainlaw.legal

*Counsel for the Plaintiff*
*(Pro Hac Vice Pending)*

*/s/ Ibrahim Reyes*
Ibrahim Reyes, Esquire
Florida Bar No. 581798
REYES LAWYERS, P.A.
236 Valencia Avenue
Coral Gables, FL 33134
Tel. 305-445-0011
Fax: 305-445-1181
Email: ireyes@reyeslawyers.com

*Counsel for the Plaintiff*
*(Pro Hac Vice Pending)*

        */s/ L. Lin Wood, Jr*
        L. Lin Wood, Jr., Esq.
        State Bar No. 774588
        L. LIN WOOD, P.C.
        P.O. Box 52584
        Atlanta, GA 30355-0584
        Tel. 404-891-1402
        Fax. 404-506-9111
        Email: lwood@linwoodlaw.com

        *Counsel, Pro Se*

## **CERTIFICATE OF COMPLIANCE**

I certify that this document has been prepared in compliance with Local Rule 5.1C using 14-point Times New Roman font.

        */s/ Larry L. Crain*

        March 29, 2021

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing Motion for Preliminary Injunction was served on the following individual(s) via the Court's ECF-filing system and via U.S. Mail upon the following individuals:

        Paula J. Frederick
        798 Boulevard SE
        Atlanta, Georgia 30312

        Connie S. Cooper
        105 Nature's Court
        Pooler, Georgia 31322

Jeffrey R. Harris
410 E. Broughton Street
Savannah, Georgia 31401

Casey Carter Santas
P.O. Box 1591
Duluth, GA 30096

Patricia F. Ammari
3535 Roswell Road
Suite 23
Marietta, Georgia 30062

Kayla E. Cooper
Building 3000
535 Telfair Street
Augusta, Georgia 30901

Elizabeth L. Fite
4355 Cobb Parkway
Suite J 564
Atlanta, Georgia 30339

Elissa B. Haynes
303 Peachtree Street NE
Suite 3500
Atlanta, Georgia 30308

Margaret W. Sigman Puccini
P.O. Box 2139
Savannah, Georgia 31402

Sherry Boston
556 N. McDonough Street
Suite 700
Decatur, Georgia 30030

Elizabeth Pool O'Neal
P.O. Box 767
Griffin, Georgia 30224

5

David F. Richards
772 Masters Drive
Stone Mountain, Georgia 30087

Jennifer D. Ward
P.O. Box 191074
Atlanta, Georgia 31119

Michael Fuller, Sr.
1266 S. Jackson Springs Road
Macon, Georgia 31211

Jennifer Elizabeth Dunlap
1332 Wynnton Road
Columbus, Georgia 31906

Christian J. Steinmetz, III
P.O. Box 10085
Savannah, Georgia 31412

Brandon L. Peak
P.O. Box 2766
Columbus, Georgia 31902

Tomieka Daniel
241 Third Street
Macon, Georgia 31202

Christopher Sutton Connelly
P.O. Box 370
Summerville, Georgia 30747

Melody Glouton
One Sugarloaf Center
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia 30097

Dawn M. Jones
1230 Peachtree Street, NE
Suite 1900
Atlanta, Georgia 30309

/s/ *Larry L. Crain*
Larry L. Crain

7