## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **L. LIN WOOD, JR.,** | ) |
| | ) |
| *Plaintiff,* | ) |
| **v.** | ) |
| | ) **Case No. 1-21-cv-01169-TCB** |
| **PAULA J. FREDERICK,** *et al.,* | ) |
| | ) |
| *Defendants.* | ) |

## <u>AFFIDAVIT OF L. LIN WOOD, JR.</u>

I, L. Lin Wood, Jr., being duly sworn, depose and state as follows:

1.      My name is L. Lin Wood. I am over 18 years of age and of sound mind, and I am capable of making this affidavit. I submit this affidavit in support of the Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the facts set forth herein, and, if called to testify about those facts, I could and would do so competently and under oath.

2.      I am a licensed attorney in the State of Georgia and have been practicing law in the state for 43 years. In 1997, I formed L. Lin Wood, P.C. ("LLW PC"), a professional corporation registered to transact business in Georgia, in September of

1

1997 for the purpose of conducting my law practice. I am and always have been the President and sole owner and partner of LLW PC.

3.      I am currently a resident of South Carolina. I changed my residency from Georgia to South Carolina on February 1, 2021.

4.      I received two letters dated January 11, 2021, from Adrienne D. Nash, acting in her capacity as the State Bar of Georgia Grievance Counsel.

 

5.      The letters contained two (2) grievances which had been filed by Mr. John Bellocchio, Hackensack, NJ, and Mr. Ted Kurt, Maumee, OH.

6.      The first grievance was dated January 1, 2021 and signed by John BeBellocchio.

**STATE BAR OF GEORGIA**
GRIEVANCE
CONFIDENTIAL

RECEIVED
JAN - 4 2021
STATE BAR OF GEORGIA

PLEASE TYPE OR PRINT LEGIBLY IN BLACK INK ONLY
DO NOT ALTER THIS FORM

YOUR NAME: John V. Bellocchio

MAILING ADDRESS: 179 Holt St.   Hackensack   NJ   07601

YOUR EMAIL ADDRESS: bellocchioj@outlook.com

YOUR PHONE NUMBERS: (CELL) 2018498265   (W)   same

NAME OF THE ATTORNEY: L. Lin Wood

ADDRESS OF THE ATTORNEY: PO Box 52584, Atlanta, GA 30355-0584

DATE OF FIRST CONTACT WITH ATTORNEY: 12/31/20   DATE OF LAST CONTACT WITH ATTORNEY: 1/1/21

DOES ATTORNEY CURRENTLY REPRESENT YOU? YES ☐ NO ☒   WAS THIS YOUR ATTORNEY YES ☐ NO ☒

IS YOUR CASE: CRIMINAL ☐ CIVIL ☐   CASE #

COUNTY:   OR FEDERAL DISTRICT: NORTHERN ☐ MIDDLE ☐ SOUTHERN ☐

CLEARLY DESCRIBE YOUR COMPLAINT AND ATTACH SUPPORTING DOCUMENTS:

See attached explanation.

If more space is needed, please attach other pages. Please do not write on the back.

Return to:   State Bar of Georgia
Office of the General Counsel
104 Marietta St. NW, Suite 100
Atlanta, GA 30303

"I affirm that I have read and understand the information and instructions.
The information provided here is true to the best of my knowledge."
SIGNATURE:
DATE: 1/1/21

OPTIONAL: PLEASE PROVIDE THE NAME AND PHONE NUMBER OF SOMEONE WE CAN CONTACT IF WE HAVE
DIFFICULTY CONTACTING YOU.

NAME OF CONTACT PERSON:

PHONE NUMBERS OF CONTACT PERSON: (H)   (CELL)

Revised 07.02.2020

---

Attorney L. Lin Wood, licensed and practicing law in the State of Georgia, is guilty of violating Georgia § 16-11-1 – TREASON, which states, in part, "...commits the offense of treason when he knowingly levies war against the state, adheres to her enemies, or gives them aid and comfort."

As per the attached, released to the public via Twitter, where Attorney Wood calls for the death of the Vice President of the United States via firing squad, I am alleging Attorney Wood has committed an act of treason.

Accordingly, I am asking the Office of the General Counsel of the State Bar of Georgia to seek Mr. Wood's permanent disbarment effective at the earliest juncture.

Very truly yours,

John Bellocchio

1/1/21

---

1/1/2021   § 16-11-1 - Treason :: 2015 Georgia Code :: US Codes and Statutes :: US Law :: Justia

Laws & Legal Resources.

**View the 2019 Georgia Code** | View Previous Versions of the Georgia Code

## 2015 Georgia Code
## Title 16 - CRIMES AND OFFENSES
## Chapter 11 - OFFENSES AGAINST
## PUBLIC ORDER AND SAFETY
## Article 1 - TREASON AND OTHER
## SUBVERSIVE ACTIVITIES
## Part 1 - GENERAL PROVISIONS
## § 16-11-1 - Treason

**Universal Citation:** GA Code § 16-11-1 (2015)

(a) A person owing allegiance to the state commits the offense of treason when he knowingly levies war against the state, adheres to her enemies, or gives them aid and comfort. No person shall be convicted of the offense of treason except on the testimony of two witnesses to the same overt act or on confession in open court. When the overt act of treason is committed outside this state, the person charged therewith may be tried in any county in this state.

(b) A person convicted of the offense of treason shall be punished by death or by imprisonment for life or for not less than 15 years.

---

1/1/2021   § 16-11-1 - Treason :: 2015 Georgia Code :: US Codes and Statutes :: US Law :: Justia

**Disclaimer:** These codes may not be the most recent version. Georgia may have more current or accurate information. We make no warranties or guarantees about the accuracy, completeness, or adequacy of the information contained on this site or the information linked to on the state site. Please check official sources.



7.     The grievance stated that I was "guilty of violating Georgia Section 16-11-1 –TREASON, which states, in part, "…commits the offense of treason when he knowingly levies war against the state, adheres to her enemies, or give them aid and comfort."

8.     John Bellocchio, who resides in Hackensack, New Jersey, has never met or spoken with the me.  He has never been in an attorney-client relationship with me. Yet, in his bar grievance filed on January 4, 2021, he accuses the me of treason by knowingly levying war against the State of Georgia, adhering to her enemies and giving them aid or comfort".  This false and defamatory allegation by Mr. Bellocchio is based entirely on a single comment on my personal Twitter account which was

critical of former Vice-President Mike Pence.  It was a comment which was purely political and rhetorical hyperbole and is thus protected under the First Amendment.

9.      Ted Kurt, is a retired attorney in Maumee, Ohio.  He admits in his bar grievance that he has never had any direct contact with the myself, and that he has never been in an attorney-client relationship with the me.



10.     In his grievance, which was received by the State Bar of Georgia on December 28, 2020, Mr. Kurt's sole criticism of the me, involves what he characterizes as "seditious speech" by myself on my personal Twitter account on December 14, 2020.

11.     The comment published by me, which forms the basis of Mr. Kurt's bar grievance, reads as follows: "Better be safe than sorry.  Make sure you have plenty

of water, food, flashlights and batteries, candles, radio, 2nd Amendment supplies, and a plan to meet with leaders in your communities." After the recent record snowfall in Texas, I received several thank you emails from Texas residents who credited me with saving them since they heeded my comments of which Mr. Kurt complains.

12.    I received two additional letters dated January 26, 2021, from Ms. Adrienne D. Nash, acting in her capacity as the State Bar of Georgia Grievance Counsel.




13.    This letter contained two (2) more grievances filed by Mr. Paul Fine, an attorney from Chicago, IL, and Ms. Stacy Smith Goldenberg, an attorney from Eugene, Oregon.







14.    Paul Fine an attorney in Chicago.  He admits in his bar grievance filed

against me that he has never met or spoken with the me.

15.    Mr. Fine admits that I have never been in an attorney-client relationship with him.

16.    Mr. Fine based his bar grievance entirely on a comment published by me on my personal Twitter account that was critical of former Vice-President Mike Pence on certain comments allegedly published by me on January 1, 2021.

17.    Mr. Fine makes the defamatory and unsupported allegation that because of my Twitter comment, I must be "either mentally unbalanced, or willing to misuse the legal process for improper ends."

18.    My personal Twitter account comments constitute political, rhetorical hyperbole and are thus protected speech under the First Amendment and cannot constitutionally serve as a basis for requiring me to undergo a mental evaluation.

19.    Ms. Stacey Smith-Goldenberg is an attorney who resides in Eugene, Oregon.

**STATE BAR OF GEORGIA**

RECEIVED
JAN 1 4 2021
STATE BAR OF GEORGIA

GRIEVANCE
CONFIDENTIAL

PLEASE TYPE OR PRINT LEGIBLY IN BLACK INK ONLY
DO NOT ALTER THIS FORM

YOUR NAME: Stacey D. Smith Goldenberg

MAILING ADDRESS: PO BOX 50244          Eugene          OR     97405
Street or P.O. Box                City          State      Zip

YOUR EMAIL ADDRESS: stacey@staceysmithlaw.com

YOUR PHONE NUMBERS: (H/CELL)          (W)   541 504 6985

NAME OF THE ATTORNEY: L Lin Wood
Fill out a separate form for each attorney. Do not list law firms.

ADDRESS OF THE ATTORNEY: 663 Greenview Ave. NE, Atlanta, GA 30305

DATE OF FIRST CONTACT WITH ATTORNEY: N/A          DATE OF LAST CONTACT WITH ATTORNEY:   N/A

DOES THIS ATTORNEY CURRENTLY REPRESENT YOU? YES ☐ NO ☒          WAS THIS YOUR ATTORNEY? YES ☐ NO ☒

IS YOUR CASE: CRIMINAL ☐ CIVIL ☐   CASE #   N/A

COUNTY:          OR FEDERAL DISTRCIT: NORTHERN ☐ MIDDLE ☐ SOUTHERN ☐

CLEARLY DESCRIBE YOUR COMPLAINT AND ATTACH SUPPORTING DOCUMENTS:

Mr Wood was banned/suspended from Twitter on 6 Jan 2021 for unapologetically inciting violence and calling for the execution of Vice President Michael Pence, in the lead up to the riot and insurrection at the US Capitol on 1/06. Following Mr. Wood's incitements, rioters/insurrectionists showed up at the 'event' at the Capitol building with the tools, the means, the will and the apparent plan to carry out the execution of VP (including a makeshift gallows and noose, firearms, etc). Upon entering the Capitol, radio tape reveals that they were demanding to know where the VP was; numerous rioters were chanting "hang Mike Pence." This is widely reported and audio and video are available [https://www.youtube.com/watch?v=Aglxk_..M0_G:m59]Dallas on Twitter). Another social media forum, called Parlor has removed several of Mr Wood's incendiary posts, for reasons that underly this her complaint. Mr Wood has made the following statements on Twitter & Parlor since December 2020, which vary from unethical, inciting violence and insurrection, to unhinged from reality/mentally unstable: (1) 1/06/2021 on Parlor: "Get the firing squads ready. Pence goes FIRST." (2) I might actually be Christ coming back for a second time in the form of an imperfect man, elevating Christ consciousness; (3) If Pence is arrested; Sec. of State Mike Pompeo "will save the election" and "Pence will be in jail awaiting trial for treason; he will face execution by firing squad and will sing like a bird." The time has come for the Georgia State Bar to revoke Mr Wood's license to practice law.

If more space is needed, please attach other pages. Please do not write on the back.

Return to:   State Bar of Georgia
             Office of the General Counsel
             104 Marietta St. NW, Suite 100
             Atlanta, GA 30303

"I affirm that I have read and understand the information and instructions. The information I have provided here is true to the best of my knowledge."

SIGNATURE:

DATE:   10 January 2021

OPTIONAL: PLEASE PROVIDE THE NAME AND PHONE NUMBER OF SOMEONE WE CAN CONTACT IF WE HAVE DIFFICULTY CONTACTING YOU.

NAME OF CONTACT PERSON:

PHONE NUMBERS OF CONTACT PERSON: (H)          (CELL)

Revised 07.02.2020

20.    Ms. Smith-Goldenberg admitted in her bar grievance filed against me that she has never met or spoken with the myself.  I agree.

21.    She admitted that I have never been in an attorney-client relationship with her.  I agree.

22.    Ms. Smith-Goldenberg accused that the comments on my personal Twitter account were inciting the "riot and insurrection at the U.S. Capitol on January 6, 2021."

23.    These comments, which at most constitute rhetorical hyperbole, Ms. Smith-Goldenberg called on the State Bar of Georgia to "revoke my license to practice law."  I would again reiterate that my comments were of a political nature and rest on the highest rung of protection under the First Amendment.

24.    On January 29, 2021, I provided via email to Ms. Paula Frederick an online interview link with Monica Matthews.

From: **Lin Wood**
Sent: Friday, January 29, 2021 10:21 PM
To: **Paula Frederick** <paulaf@gabar.org>
Subject: **My Bar License**

Paula,

Please share the message in the link below with the members of the Executive   Committee.

I hope they make a wise decision and avoid the battle over an medical exam that is  unjustified.
The Bar does not regulate my personal right of free speech.

https://t.co/lgrko1dcHx

Thank you.

 Lin

L. Lin Wood
L. Lin Wood, P.C.
P.O. Box 52584
Atlanta, GA 30355-0584
Telephone: (404) 891-1402
Direct Dial: (404) 891-1406
E-Mail: lwood@linwoodlaw.com

25.    The email stated:

        "Paula, "Please share the message in the link below with the members

        of the Executive Committee.  I hope they make a wise decision and

avoid the battle over a medical exam that is unjustified.  The bar does

not regulate my personal right of free speech."

https://t.co/lgrko1dcHx    Thank you, Lin."

26.    On February 1, 2021, I was copied on a letter from Margaret Ware

Sigman Puccini, in her capacity as Chair, State Disciplinary Board of State Bar of

Georgia to Ms. Nicole Jennings Wade, Mr. Jonathan David Grunberg, G. Taylor

Wilson; Wade, Grunberg, & Wilson, LLC., c/o Mr. Andres M. Beal; Buckley Beal

LLP, a subpoena issued by the State Disciplinary Bar pursuant to Bar Rule 4-

202(d) and 4-221(c)(2) based on the grievance filed by Stacy Smith-Goldenberg.




27.     This letter was styled: In the matter of _L.Lin Wood, Jr. – State Bar No. 774588._

28.     The letter/subpoena stated the following:

> Pursuant to Bar Rules 4-202(d) and 4-221(c)(2) you are hereby commanded to produce the following items:
>
> 1. Any and all communication in your possession, in any form from January 1, 2020 to present, February 1, 2021, from L. Lin Wood, or L. Lin Wood, P.C., in connection with the claims or counterclaims in Nicole Wade et al. v. L. Lin Wood, Fulton County Superior Court Civil Action No.: 2020CV339937, including communication in support of statements in the verified complaint.
> 2. Any and all communication in your possession in any form from L. Lin Wood or L. Lin Wood, P.C., regarding the alleged assaults referenced in the verified complaint in Nicole Wade et al. v. L. Lin Wood, Fulton County Superior Court Civil Action No.: 2020CV339937.

29.     A letter was sent by me via UPS – Overnight & Electronic email on February 3, 2021, to Ms. Paula J. Frederick, General Counsel and to the State Bar of Georgia,

Grievance Counsel.



30.     This letter was in reference to the Grievance filed by John Bellocchio,

Hackensack NJ and Grievance filed by Ted Kurt, Maumee, OH.

31.     In this letter, I enclosed a thumb drive containing a compilation of some

of the compelling evidence of election fraud.

32.    The thumb drive also contains the interview of a very credible whistleblower whose statements provide substantial support for my public comments about former Vice President Mike Pence, John Roberts, the Chief Justice of the United States Supreme Court, and Rod Rosenstein, the former Deputy Attorney General.

33.    I requested in this letter the evidence must be considered in connection with the complaints filed against me by the out of state, non-client citizens and in connection with reported claims that the State Bar intends to request that I submit to a mental healthcare examination.

34.    On February 12, 2021, I received a State Bar of Georgia Grievance letter containing one thousand six hundred and seventy-seven (1677) pages stating:

> After having considered this matter, the Board, pursuant to Rule 4-203, does hereby on its own motion initiate this Grievance as follows: The attached information indicates Mr. Wood may have engaged in conduct in violation of Georgia Rules of Professional Conduct 1.1, 1.2, 3.1, 3.3, 4.1. and 4.4, and Bar Rule 4-104.

STATE DISCIPLINARY BOARD
_____

DISCIPLINARY PROCEEDINGS

IN THE MATTER OF:                    )        STATE DISCIPLINARY BOARD
Mr. L. Lin Wood, Jr.                 )        FILE NO.  210010 (Steinmetz)
State Bar No.  774588,               )
                    Respondent       )
                                     )

ACKNOWLEDGMENT OF SERVICE

RE:    Grievance filed by State Disciplinary Board

    Pursuant to the provisions of State Bar Rule 4-203.1, the undersigned Respondent hereby

acknowledges service of the Notice of Investigation arising from the above-referenced grievance.

The undersigned specifically waives all other notice of said document.

        This _____ day of _____, 2021.

                    Mr. L. Lin Wood, Jr., Respondent
                    _____

CERTIFICATE OF SERVICE

    I hereby certify that I have this day mailed this acknowledgement of service to
Jessica Oglesby, Clerk of the State Disciplinary Board, to 104 Marietta Street, N.W., Suite
100, Atlanta, GA 30303.  I will mail all future correspondence directly to the State
Disciplinary Board member for the remainder of the investigation.

        This _____ day of _____, 2021.

                    Mr. L. Lin Wood, Jr., Respondent
                    _____

---

STATE BAR OF GEORGIA
NOTICE OF INVESTIGATION

CONFIDENTIAL                                          FILE NO.  210010
To:  Mr. L. Lin Wood, Jr., State Bar # 774588

                                  1.
    This is a Notice of Investigation issued pursuant to Rule 4-204.1 of the Bar Rules.

                                  2.
    The grievance State Disciplinary Board filed against you is being referred to the State
Disciplinary Board. A copy of the grievance is attached to this notice.

                                  3.
    The grievance alleges possible violations of Georgia Rules of Professional Conduct  1.1,
1.2, 3.1, 3.3, 4.1, 4.4.

                                  4.
    The State Disciplinary Board member investigating this matter is:
            Christian Joseph Steinmetz  III
            Gannam Gnann & Steinmetz LLC
            PO Box 10085
            Savannah, GA 31412

                                  5.
    Please execute the enclosed Acknowledgment of Service and return it to the Clerk of the
State Disciplinary Boards in the enclosed self-addressed stamped envelope within 10 days of
receiving this notice.  If you do not return the acknowledgment of service within 10 days, the
Bar will perfect service as authorized in Bar Rule 4-203.1.

                                  6.
    Pursuant to Bar Rule 4-204.3, you must file a response to this Notice of Investigation
under oath within 30 days of service. "Under oath" means that you swear or affirm that the
contents of your response are truthful.  You must make this affirmation in writing and sign the
response in the presence of a notary. You must do so even if you previously filed a response
with the Office of the General Counsel.

                                  7.
    A list of the members of this Board is enclosed with this notice. You have the right to
challenge the competency, qualifications or objectivity of any member of the State Disciplinary
Board within 10 days of your receipt of this notice through the procedure outlined in Rule 11 of
the Rules of Conduct and Procedure of the State Disciplinary Board ("Internal Rules").

---

                                  8.
    Your response and all future correspondence should be mailed directly to the Board
member listed in paragraph 4 above.  Please send an original and one copy of your sworn
response.

CERTIFICATE OF SERVICE

    This is to certify that I have this day served this Notice of Investigation and attachments
upon L. Lin Wood, Jr. by depositing same in the U. S. Mail, with adequate postage thereon,
addressed to Respondent at the following address:

                    663 Greenview Avenue NE
                    Atlanta, GA 30305

    This 11th day of February, 2021.

                                  *Paula J. Frederick*
                                  Paula J. Frederick
                                  General Counsel
                                  State Bar of Georgia
                                  104 Marietta Street NW
                                  Suite 100
                                  Atlanta, Georgia  30303

Copy to:  State Disciplinary Board member Steinmetz

---

PLEASE COMPLETE AND ATTACH THE OATH TO YOUR RESPONSE TO THE BOARD.

STATE DISCIPLINARY BOARD
_____

DISCIPLINARY PROCEEDINGS

IN THE MATTER OF:                    )        STATE DISCIPLINARY BOARD
Mr. L. Lin Wood, Jr.                 )        FILE NO. 210010 (Steinmetz)
State Bar No.  774588,               )
                    Respondent       )
                                     ).

OATH TO RESPONSE

    PERSONALLY APPEARED before the undersigned attesting officer authorized by
law to administer oaths, _____, who, after first being sworn, on oath deposes and
says that the facts stated in the _____ are true and correct.

                    Signature  _____

                    Printed Name  _____

                    Address  _____

                    Telephone Number  _____

Sworn to and Subscribed before me, this

_____ day of _____, 20___.

_____
Notary Public
My Commission Expires:
(Notary Seal)



35.     The grievance filed against me references two (2) complaints I filed in Georgia.

36.     In the first case, I was the plaintiff and Georgia Attorney Ray S. Smith, III of the firm of Smith & Liss, LLC, represented me and prepared the pleadings. As of this date, it is unknown as to whether the Board is pursuing a disciplinary action against Mr. Smith.

37.     Based on a simple and comparative review of my Georgia complaints and the Dissenting Opinion of Justice Clarence Thomas in <u>Republican Party of Pennsylvania v. Degraffenreid,</u> (592 U.S. ___(2021) Docket Nos. 20-542 and 20-

574), his opinion undisputedly establishes that the claims I filed had a valid basis in law.

38.     The Complaint does not specify which of the Rules have been violated in a professional setting.

39.     Further, each of the non-Georgia cases filed by other attorneys as counsel of record. While I had reviewed the substantial, credible, and compelling evidence of election fraud and wrongdoing compiled by Attorney Sidney Powell, a highly-respected Texas lawyer. I did not draft the complaints in those actions and was only "of counsel" in each of those cases in the event my trial experience was needed for oral argument or examination of witnesses. I was not engaged by the Plaintiff's in those cases and had no client contact as I was merely associated by Ms. Powell in case she needed my skills and experience as a trial lawyer in the litigation.

40.     I am not aware of any disciplinary complaints against any other lawyer by the State Bar of Georgia in connection with the lawsuits I filed in the State of Georgia.

41.     Three of the four Powell election cases were filed in jurisdiction other than Georgia.   The conduct of the lawyers in those cases are governed by the laws in those jurisdictions.

42.     The second part of the Complaint cites various public statements and private statements, including tweets/social media posts.

43.    I would not make a comment that I did not have a credible source or reasonable basis for believing was true, particularly if, as a defamation lawyer, I would be opening myself up to a challenge of defamation. No individual to date has filed a defamation action against me or even sent a retraction demand to me in connection with my published statements on social media. Based on my 26 years experience in handling defamation and First Amendment litigation, I am always careful to never false accuse a third person or entity unless a reasonable factual basis exists for an accusation and I am fully aware of the distinction between political and rhetorical hyperbole and actionable threats of harm. I have never published a statement on social media without ensuring that my statement was lawful speech protected by the First Amendment.

44.    I provided the Bar with the copies of the supporting documents and evidence that demonstrate the support for those statements.

45.    I also provided a flash drive to the Bar with that information. In my transmittal letter, I urged the Bar to fulfill its professional duties and thoroughly investigate the evidence of election fraud and the accusations of the whistleblower.

46.    I have not made any statement to "incite" violence under any applicable precedent that would violate the *Brandenburg* test as enunciated in *Brandenburg v. Ohio*, 395 U.S. 444 (1969).

47.     A portion of the State Bar complaint (the WGW civil lawsuit) relies upon contested allegations in pending litigation arising out of a fee dispute with lawyers with whom I formerly shared office space and associated on certain of my cases on a case-by-case basis.  I have denied those allegations and they are before a court for decision as to their credibility.  A motion to dismiss that portion of the WGW civil lawsuit asserting a frivolous fraud case is pending and I am seeking attorney fees and expenses for its filing by Plaintiffs.

48.     I have been informed that I must submit to a mental health or psychological examination, but there is no basis for the Bar's statement that I "appear[] to be impaired to practice law" but there is nothing in the Complaint that has dealt in any way with my conduct in the practice of law.

49.     I am unaware that the Bar has identified any case in which a client or former client complained that my competency was impaired.

50.     Pursuant to Rule 4-104, reviews are limited to specific and "appropriate" examinations that are tied to a "determination" by the "State Disciplinary Board".

51.     There has been no such determination; or if there has, I was not invited to participate in any hearing prior to that determination.

52.    I have not received copies of that determination, and the basis on which that determination was made. I have not been allowed to present evidence or confront witnesses against me.

53.    On February 11, 2020, I received a letter via electronic mail from Ms. Paula Frederick which stated:

> "The Board did not reconsider its finding that Mr. Wood may be impaired or incapacitated to practice law.  Pursuant to Bar Rule 4-104, the Board hereby requests that you consent to a confidential evaluation by a medical professional. The Board has preliminary identified a medical doctor who has agreed to perform the evaluation at the Bar's expense."



54.    I responded by letter via electronic mail on February 18, 2021.  In response to the statement that the Disciplinary Board had made A "finding," I requested "factual justification" supporting that finding. That has not been

provided. I also noted that any request for an independent medical examination, physical or mental, raises very serious issues of privacy, among other significant concerns. I have received no response to those issues.



55.     This grievance action threatens my bar license and accordingly, my means of making a living.

56.     I am also presently handling matters for clients in New York, Washington D.C., Missouri, and Georgia. The civil litigation with Wade, Grunberg, & Wilson upon which the Bar is in part relying in pursuing these various actions against me has been stayed (including discovery in the case) until April 12 in order

for me to make a decision on new counsel in that case. There is a possibility that I may have to represent myself in that case to reduce defense costs based on my familiarity with the facts and status of the case but no final decision on that issue has been made as of the date of this Affidavit. Also, because of the State Bar's actions against me, many lawyers in Georgia are reluctant to represent me at this time.

57.    I sent a letter dated March 2, 2021 via Email and U.S. Mail – Certified to Ms. Paula Frederick informing her and the State Bar that the grievance action lacks factual and legal merit.  To date, the Bar has not provided me with the alleged factual justification for the Bar's intrusive demand for a mental health examination and I am aware of no basis for this unprecedented demand on a member of the Bar of Georgia.

**L. LIN WOOD, P.C.**
TRIAL LAWYERS

L. LIN WOOD
Direct Dial: 404-891-1406
lwood@linwoodlaw.com

March 2, 2021

**VIA E-MAIL & U.S. MAIL - CERTIFIED**

Paula J. Frederick, Esq.
General Counsel
State Bar of Georgia
104 Marietta Street, NW Suite 100
Atlanta, Georgia 30303
paulaf@gabar.org

Re:   L. Lin Wood, Proposed Grievance File No. 210010
      State Disciplinary Board ("Complaint")

Dear Paula:

Thank you for your letter of February 24 granting an extension for my initial responses to the Complaint. I have spent the week discussing the Complaint with national counsel, some dealing with the rules of professional responsibility and some dealing with defamation and First Amendment law. I am meeting with various lawyers ("Proposed Counsel") and that selection should be finalized this week.

Without prejudice to the issues mentioned in my previous letter, however, Proposed Counsel are confused by the basis of the claims and have asked for clarification to the questions below.

*Composition of the Disciplinary Board*

1.      As I noted in my letter of February 18, there are members of the Disciplinary Committee that have conflicts of interest in connection with this matter, having represented parties that have served to represent, for example, the Democrat Party in some of these or related election matters. Those conflicts taint the Complaint and any proceeding that might arise therefrom. We would ask that you clean your own house; as you might expect, we intend to challenge any actions of the Board based on input from or deliberations involving conflicted persons. Can you confirm that all members of your "Disciplinary Committee" have affirmed in writing that they have no interests that would color their judgment in these matters?

---

Paula J. Frederick, Esq.
March 2, 2021
Page 2 of 5

Please note that it has come to our attention that comments from third parties to members of the Bar may be the source of some of the information in the Complaint. You have provided me with only 4 formal complaints, not the other information that the Bar and the members of the Disciplinary Board have received from those third parties, including Dean Cathy Cox of the Walter F. George School of Law at Mercer University, who seems to have a financial interest in punishing me, as well as a political stake in the matter. She may also be concerned reputationally about her involvement in past decisions that I have called into question. There may be other information you have received from persons with conflicts of interest, and complete disclosure of those communications is warranted. For example, the Board received pursuant to a subpoena information from Wade, Grunberg & Wilson, LLC, (WGW) that should be promptly provided to me as WGW is undisputedly a party with adverse interests to me in pending civil litigation. I expect the Board to be impartial and I expect that I will have the right to question or impeach any similar sources of information provided to the Board – orally or in writing. As you know, I am entitled to full due process of law.

*Jurisdiction*

2.      Your Complaint is confusing to Proposed Counsel as the source of authority for this investigation is not clear; that is making it difficult for my Proposed Counsel to even identify what their responsibilities are or might be. The Bar has jurisdiction to maintain and enforce the Rules of Professional Conduct (the "Rules"). [Bar Rule 4-101] Rule 4-201 limits the Board's authority to "investigate and discipline lawyers for violations of the Georgia Rules of Professional Conduct."

In a review of past disciplinary actions, it appears that the Bar has recognized that its jurisdiction is limited to conduct of a lawyer acting as a lawyer. The complaint form on the Bar's website specifically asks for this information: "If you would like to file a complaint against *your lawyer*, please download the following grievance form and instructions." (Emphasis added) Rule 8.5(b) provides as follows with respect to "*any* exercise of the disciplinary authority" of the Bar (emphasis added):

In any exercise of the disciplinary authority of this jurisdiction, the rules of professional conduct to be applied shall be as follows:

1.      for conduct in connection with a matter pending before a tribunal, the rules of the jurisdiction in which the tribunal sits, unless the rules of the tribunal provide otherwise; and

2.      for any other conduct, the rules of the jurisdiction in which the lawyer or Domestic or Foreign Lawyer's conduct occurred, or, if the predominant effect

Paula J. Frederick, Esq.
March 2, 2021
Page 3 of 5

of the conduct is in a different jurisdiction, the rules of that jurisdiction shall
be applied to the conduct. A lawyer or Domestic or Foreign Lawyer shall not
be subject to discipline if the lawyer or Domestic or Foreign Lawyer's
conduct conforms to the rule of a jurisdiction in which the lawyer or Domestic
or Foreign Lawyer reasonably believes the predominant effect of the lawyer or
Domestic or Foreign Lawyer's conduct will occur.

The Comments to this Rule make it clear that there can be situations where the
standards of conduct for lawyers in different jurisdictions may be subject to a conflicts of
law analysis. But all such conflicts of law analyses relate to professional conduct in
connection with acting as a lawyer.

The Rules of Professional Conduct proscribe certain conduct in dealing with others
– but only "as a lawyer" or "in representation of a client." No complaint cited was filed by
a client, former client, opposing counsel in a matter, or a judicial officer. As to the four (4)
grievance forms at issue, all four individuals acknowledge that they have had no contact
with me – I have not interacted with any of them at all, much less in a professional capacity.

The Complaint does not specify which of the Rules have been violated in a
professional setting. The Complaint attaches over 1600 pages of filings made in four cases
(plus a local complaint); Proposed Counsel does not believe those pages are germane at all
– none of them reflect any violation of the Rules in a professional capacity. Further, each
of those cases was filed by other attorneys as counsel of record. Three of the four cases
were filed in jurisdictions other than Georgia. As noted above, the conduct of the lawyers
in those cases are governed by the laws in those jurisdictions. I have not taken any action
that would merit even attaching those pages (over 23 megabytes) to the Complaint.

I was only "of counsel" in each of those cases or asked for oral argument. I did not
seek pro hac vice privileges in any of those cases so I was not counsel of record. I am not
aware of any disciplinary complaints against any other lawyer leading me to believe, as the
facts will show, that the Bar has singled me out for this Complaint based on public
statements which, I have previously demonstrated, were based on affidavits provided to
me and, in any event, political speech protected by the First Amendment and the state
constitutions at issue.

If your actions are taken in connection with an action pending before a tribunal –
including any of the four cases you have attached to the Complaint (all filed by other
counsel of record), could you please clarify which case you are referencing, and what
specified aspect of the case was a violation of the Rules?

---

Paula J. Frederick, Esq.
March 2, 2021
Page 4 of 5

**Public and Private Statements**

3.      The second part of the Complaint cites various public statements and private
statements, including tweets/social media posts. I assume that the Bar is not asserting
jurisdiction to prevent a lawyer from expressing political opinions, or making statements
provided to him in sworn affidavits?

As noted above, I would not make a comment that I did not have a basis for
believing was true, particularly if, as a defamation lawyer, I would be opening myself up
to a challenge of defamation. I have provided you with copies of the supporting documents
that demonstrate the support for those statements, which I assume you at least have
reviewed by now. Please confirm that you received the flash drive that I sent with that
information and the status of the Board's investigation into the information I provided in
response to the 4 complaints filed against me by non-clients.

I have not made any statement to "incite" violence under any applicable precedent.
If you believe otherwise, or if you believe I have made comments that are not otherwise
protected as free speech, please identify which statements are at issue and how they violate
the Brandenburg test as enunciated in Brandenburg v. Ohio, 395 U.S. 444 (1969). It is not
apparent to Proposed Counsel who have read the jumble of comments thrown together in
the Complaint. We reserve the right to challenge the authority of the Bar to limit the free
speech rights of any lawyer, as set forth in the U.S. and state constitutions and otherwise.

As you know, while the lawyer may have "responsibilities" that are highlighted in
the Preamble to the Rules, the lawyer has a "*duty*" (when necessary) to "challenge the
rectitude of official action." How an individual lawyer wants to carry that out is up to that
individual. Some have gone to extremes and when they violate the law, they have been
punished; a few have subsequently been disciplined. But the issue here is what public and
private statements may be subject to "discipline" before a Disciplinary Board as an initial
matter. I reserve my rights to speak on political matters as I like and did not give up that
right when I became a member of the Bar. No lawyer did.

Protected speech may be inflammatory, and even challenge the legitimacy of the
government – or an election. But to hold that political speech cannot be zealously
expressed – particularly as part of an important national conversation – would be to muzzle
a lawyer in his or her outrage over injustice or unlawful acts or unconstitutional acts by the
government. Please expect my Proposed Counsel to challenge the jurisdiction of the
Committee over the political speech of lawyers – no matter how aggressive it may appear
to lawyers of the other political party or on the other side of the issue. If you can identify
*any* precedent to the contrary, please identify it.

---

Paula J. Frederick, Esq.
March 2, 2021
Page 5 of 5

4.      Another portion of your complaint (the WGW civil lawsuit) cites
allegations in pending litigation. I have denied those allegations and they are before a court
for decision as to their credibility. A mere statement made by a litigant in a complaint
cannot be treated as true – even when contained in a verified complaint. My Proposed
Counsel are confused as to how such statements may be relied upon as a basis for a
disciplinary complaint, and whether there is any precedent for relying on such statements
in a disciplinary proceeding. Any precedent for such treatment would be helpful.

**Determination of Impairment**

5.      Finally, you have asked for a psychological examination, but that seems
premature if there is no basis for your statements that I "appear[] to be impaired to practice
law" So far, nothing in the Complaint has dealt in any way with my conduct in the practice
of law. Proposed Counsel have asked if there is any specific case which serves as the basis
for the Bar to challenge my competency to practice law or which justifies an allegation that
I "appeared" impaired. Have you or the Bar identified any case in which a client or former
client complained that my competency was impaired, if so, which case? Existing case law
only includes arguments for such an examination only after such a hearing had been held
and evidence had been presented regarding the attorney's substance abuse or mental
incapacity – in all cases which affected his or her competency as a lawyer.

Rule 4-104 reviews are limited to specific and "appropriate" examinations that are
tied to a "determination" by the "State Disciplinary Board". There has been no such
determination; or, if there has, I was not invited to participate in any hearing prior to that
determination. Proposed Counsel has requested copies of that determination, and the basis
on which that determination was made. If it does not exist, we suggest that you postpone
or rescind this action until such time as an appropriate hearing as to the basis for such a
determination is presented and heard.

I will make a final decision on Proposed Counsel as soon as I can help them (and
me) understand the basis for this "complaint."

With professional regards,

Very truly yours,

L. Lin Wood

58.     Over the past year and a half, in my personal time at home, I have engaged in political commentary on the social media platforms, Twitter, Parler, and Telegram. In late 2019, I had expressed to several third parties my desire to "semi-retire" to spend time as a writer. Many "fake" accounts have been established on social media sites which misappropriate my name and likeness, and which are not authorized by me. None of my social media posts have been made on a L. Lin Wood, P.C. social media account.

59.     Finally, on November 29, 2020, I participated in a Zoom hearing before Judge Timothy C. Batten, Sr. in the case of Peason, et al. v. Kemp, et al., Civil Action No. 1:20-CV-4809-TCB and presented oral argument to Judge Batten in connection with an emergency motion filed by Plaintiffs in that action. After presenting my argument, Judge Batten agreed with my legal position and argument. I believe Judge Batten will attest to my competency and professionalism exhibited at all times during that proceeding. A true and correct copy of the transcript of that hearing is attached hereto as Exhibit A and incorporated herein by reference.

**FURTHER AFFIANT SAYETH NOT.**

L. Lin Wood, Jr.

Sworn to and subscribed before me

This 29ᵗʰ day of March, 2021

Notary Public
My Commission Expires: 3/4/2025