## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **L. LIN WOOD, JR.,** | ) |
| | ) |
| *Plaintiff*, | ) |
| **v.** | ) |
| | )  **Case No. 1-21-cv-01169-TCB** |
| **PAULA J. FREDERICK**, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

_____

### NOTICE OF FILING OF AMENDED AFFIDAVIT OF L. LIN WOOD, JR.

Comes now the Plaintiff and files the attached Amended Affidavit of L. Lin Wood, Jr., in support of Plaintiff's Motion For Preliminary Injunction. The affidavit previously filed on March 29, 2021 was the attorneys' working copy that was inadvertently filed, which should be discarded and disregarded.

Respectfully submitted,

By: */s/ Larry L. Crain*
Larry L. Crain, Esq.
(Tenn. Supr. Crt. #9040)
Crain Law Group, PLLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027
Tel. 615-376-2600
Fax. 615-345-6009
Email: Larry@crainlaw.legal

*Counsel for the Plaintiff*

*Admitted Pro Hac Vice*

*/s/ Ibrahim Reyes*
Ibrahim Reyes, Esquire
Florida Bar No. 581798
REYES LAWYERS, P.A.
236 Valencia Avenue
Coral Gables, FL 33134
Tel. 305-445-0011
Fax. 305-445-1181
Email: ireyes@reyeslawyers.com

*Counsel for the Plaintiff*
*Admitted Pro Hac Vice*

*/s/ L. Lin Wood, Jr*
L. Lin Wood, Jr., Esq.
State Bar No. 774588
L. LIN WOOD, P.C.
P.O. Box 52584
Atlanta, GA 30355-0584
Tel. 404-891-1402
Fax. 404-506-9111
Email: lwood@linwoodlaw.com

*Counsel, Pro Se*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Filing of Amended Affidavit of L. Lin Wood, Jr. was served on the following individual(s) via the Court's ECF-filing system and via U.S. Mail upon the following individuals:

Paula J. Frederick
798 Boulevard SE
Atlanta, Georgia 30312

Connie S. Cooper
105 Nature's Court
Pooler, Georgia 31322

Jeffrey R. Harris
410 E. Broughton Street
Savannah, Georgia 31401

Casey Carter Santas
P.O. Box 1591
Duluth, GA 30096

Patricia F. Ammari
3535 Roswell Road
Suite 23
Marietta, Georgia 30062

Kayla E. Cooper
Building 3000
535 Telfair Street
Augusta, Georgia 30901

Elizabeth L. Fite
4355 Cobb Parkway
Suite J 564
Atlanta, Georgia 30339

Elissa B. Haynes
303 Peachtree Street NE
Suite 3500
Atlanta, Georgia 30308

Margaret W. Sigman Puccini
P.O. Box 2139
Savannah, Georgia 31402

Sherry Boston
556 N. McDonough Street
Suite 700
Decatur, Georgia 30030

Elizabeth Pool O'Neal
P.O. Box 767
Griffin, Georgia 30224

David F. Richards
772 Masters Drive
Stone Mountain, Georgia 30087

Jennifer D. Ward
P.O. Box 191074
Atlanta, Georgia 31119

Michael Fuller, Sr.
1266 S. Jackson Springs Road
Macon, Georgia 31211

Jennifer Elizabeth Dunlap
1332 Wynnton Road
Columbus, Georgia 31906

Christian J. Steinmetz, III
P.O. Box 10085
Savannah, Georgia 31412

Brandon L. Peak
P.O. Box 2766
Columbus, Georgia 31902

Tomieka Daniel
241 Third Street
Macon, Georgia 31202

Christopher Sutton Connelly
P.O. Box 370
Summerville, Georgia 30747

4

Melody Glouton
One Sugarloaf Center
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097

Dawn M. Jones
1230 Peachtree Street, NE
Suite 1900
Atlanta, Georgia 30309

/s/ Larry L. Crain
Larry L. Crain