# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO.: 1:21-CV-01169-TCB |
| PAULA J. FREDERICK, CONNIE S. COOOPER, JEFFREY R. HARRIS, CASEY CARTER SANTAS, PATRICIA F. AMMARI, KAYLA E. COOPER, ELIZABETH L. FITE, ELISSA B. HAYNES, MARGARET W. SIGMAN PUCCINI, SHERRY BOSTON, ELIZABETH POOL O'NEAL, DAVID F. RICHARDS, JENNIFER D. WARD, MICHAEL FULL, SR., JENNIFER ELIZABETH DUNLAP, CHRISTIAN J. STEINMETZ, III, BRANDON L. PEAK, TOMIEKA DANIEL, CHRISTOPHER SUTTON CONNELLY, MELODY GLOUTON, and DAWN JONES, | DEFENDANTS' WAIVER OF THE SERVICE OF SUMMONS |
| Defendants. | |

## **DEFENDANTS' WAIVER OF THE SERVICE OF SUMMONS**

**To: Larry L. Crain, Esq.**

I have received your request to waive service of a summons in this action, along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I represent all Defendants in this matter. On behalf of all Defendants, I waive service of the summons. By waiving service of the summons, Defendants do not waive any defenses or objections to the lawsuit, do not waive the right to contest the Court's jurisdiction, and do not waive the right to contest the venue of the action. Defendants waive any objections to the absence of a summons or of service.

I also understand that Defendants must file and serve an answer or a motion under Rule 12 within 60 days from March 23, 2021, the date when this request was sent (or 90 days if it was sent outside the United States). If Defendants fail to do so, a default judgment may be entered against the Defendants.

Respectfully submitted this 15th day of April 2021.

[*Signature appears on following page*]

**NALL & MILLER, LLP**

By: /s/ *Patrick N. Arndt*
**ROBERT L. GOLDSTUCKER**
Georgia State Bar No. 300475
**PATRICK N. ARNDT**
Georgia State Bar No.  139033
bgoldstucker@nallmiller.com
parndt@nallmiller.com

235 Peachtree Street, N.E.
Suite 1500 – North Tower
Atlanta, Georgia  30303-1418
Phone:      (404) 522-2200
Facsimile:  (404) 522-2208


**Attorneys for Defendants**

891723v.1