Trumpist Lawyer Lin Wood Casually Suggests Chief Justice John Roberts is a Murderous Pedophile





NEWSLETTERS      JOIN      LOG IN

R ... AT SHEET    POLITICS    CRIME    ENTERTAINMENT    MEDIA    COVID-19    HALF FULL    U.S. NEWS    SCOUTED    TRAVEL

TRUMPLAND ⊕

# Trumpist Lawyer Lin Wood Goes on Unhinged Rant Suggesting Justice John Roberts Is a Murderous Pedophile

| QANON GONE WILD |

**Wood has recently been in touch with President Trump, who has encouraged his election-stealing lawsuits and behavior.**

**Justin Baragona** Updated Dec. 31, 2020 10:22AM ET
Contributing Editor      Published Dec. 30, 2020 10:19PM ET

   

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

READ THIS LIST        EXHIBIT "C"

**2020 is (thankfully) over. Support the fearless journalism that got you**

4/9/2021
Case 1:21-cv-01169-TCB Document 34-3 Filed 05/03/21 Page 2 of 6
Trumpist Lawyer Lin Wood Casually Suggests Chief Justice John Roberts is a Murderous Pedophile



BEAST INSIDE
Dig Deeper

JOIN NOW

# DAILY BEAST

NEWSLETTERS    JOIN    **LOG IN**

R̶ ̶ ̶ ̶ ̶ ̶ ̶AT SHEET   POLITICS   CRIME   ENTERTAINMENT   MEDIA   COVID-19   HALF FULL   U.S. NEWS   SCOUTED   TRAVEL



Elijah Nouvelage/Reuters

**Harry & Meghan Pay Tribute to 'Greatly Missed' Prince Philip**
TOM SYKES

**'A Warrior Who Fought Till the Very End': DMX Dead at 50**
BARBIE LATZA NADEAU

**He Was Partners With 'QAnon.' Now He Wants Them Arrested.**
THE DAILY BEAST

Pro-Trump lawyer Lin Wood ramped up the crazy on Wednesday night by suggesting Supreme Court Chief Justice John Roberts was somehow involved in Justice Antonin Scalia's death and part of a child-sex cult.

Wood, alongside on-again-off-again Trump campaign lawyer Sidney Powell, has been at the forefront of President Donald Trump's hopeless attempt to overturn President-elect Joe Biden's decisive victory in the Nov. 3 election. Besides filing a slew of conspiratorial lawsuits alleging election fraud that have been laughed out of court, Wood has urged Georgian Republicans not to vote in next week's pivotal Senate runoffs because of his belief that the election will be "rigged" and has filed an emergency petition with the Supreme Court to halt the Jan. 5 election.

The QAnon-peddling attorney took things to a whole new level on Wednesday night, however, when he decided to take to Twitter and toss out a

**JOIN**
**EXCLUSIVE CONTENT**
**MY ACCOUNT**
**LOG OUT**

**2020 is (thankfully) over. Support the fearless journalism that got you**



**DAILY BEAST**

Justice John Roberts.

(1) You are recorded discussing Justice Scalia's successor before date of his sudden death. How did you know Scalia was going to die?

(2) Are you a member of any club or cabal requiring minor children as initiation fee?
pic.twitter.com/jGxfgLCk4D
— Lin Wood (@LLinWood) December 31, 2020

"You are recorded discussing Justice Scalia's successor before date of his sudden death. How did you know Scalia was going to die?" Wood asked Roberts in one tweet, casually adding: "Are you a member of any club or cabal requiring minor children as initiation fee?"

After painting Roberts as a murderous pedophile, the far-right attorney went further down the QAnon rabbit hole by bringing up deceased sex trafficker Jeffrey Epstein, suggesting the chief justice was mixed up in trafficking children and apparently hinting that he may have had Epstein killed.

"My information from reliable source is that Roberts arranged an illegal adoption of two young children from Wales through Jeffrey Epstein," Wood

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

**2020 is (thankfully) over. Support the fearless journalism that got you**

4/9/2021
Case 1:21-cv-01169-TCB  Document 34-3  Filed 05/03/21  Page 4 of 6
Trumpist Lawyer Lin Wood Casually Suggests Chief Justice John Roberts is a Murderous Pedophile

BEAST INSIDE
Dig Deeper
JOIN NOW

DAILY BEAST

NEWSLETTERS     JOIN     LOG IN

R       AT SHEET   POLITICS   CRIME   ENTERTAINMENT   MEDIA   COVID-19   HALF FULL   U.S. NEWS   SCOUTED   TRAVEL

ADVERTISEMENT

Not done, he finished by arguing that the lack of a defamation suit from Roberts meant his unfounded accusations were on the mark.

> A bit more on CJ John Roberts.
>
> I have publicly accused him & Justice Breyer of being profane anti-Trumpers.
>
> I have linked Roberts to illegal adoption, Jeffrey Epstein, pedophilia & prior knowledge of Scalia's death.
>
> Did Roberts skip class on defamation?
>
> Maybe not . . .
> — Lin Wood (@LLinWood) December 31, 2020

Wood did not immediately respond to a request for comment on his allegations.

The following morning, however, things only got weirder as Wood went further down the rabbit hole, this time claiming Epstein "is alive" and could reveal the

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

**2020 is (thankfully) over. Support the fearless journalism that got you**

Trumpist Lawyer Lin Wood Casually Suggests Chief Justice John Roberts Is a Murderous Pedophile



**DAILY BEAST**

R... AT SHEET   POLITICS   CRIME   ENTERTAINMENT   MEDIA   COVID-19   HALF FULL   U.S. NEWS   SCOUTED   TRAVEL

my revelations about Chief Justice John
Roberts. Before attacking me, maybe
fair-minded people would first ask
Roberts to tell the truth.

Or ask Jeffrey Epstein. He is alive.
— Lin Wood (@LLinWood) December 31,
2020

Despite many in Trump's orbit
declaring war on Wood after he pushed
for a boycott of the Georgia Senate
races, the president himself has
personally kept in touch with the
firebrand. Trump has not only
encouraged Wood and Powell to
continue with their "Kraken" lawsuits,
but he also hasn't told them to tone
down their rhetoric, much to the
dismay of many of Trump's advisers.

**Asawin Suebsaeng** ✔ @swin24 · De...
Replying to @swin24
Imagine being able to outflank Rud...
conspiracy theories

**Asawin Suebsaeng** ✔
@swin24

fwiw, both Lin Wood and Sidney P...
touch with Trump over the phone...
recent weeks, even as the campaig...
official Trumpworld tried to new-p...
both:

**JOIN**

**EXCLUSIVE CONTENT**

**MY ACCOUNT**

**LOG OUT**

**2020 is (thankfully) over. Support the fearless journalism that got you**





Trump's Bonkers Oval Office Meeting Witl
Her claims of mass election fraud have fal
Trump from inviting conspiracy theorist Si
🔗 thedailybeast.com

7:31 PM · Dec 21, 2020

♡ 510        💬 22        ⬆ Share this Tweet

In recent weeks, with Trump's election loss becoming harder to ignore for the MAGA faithful, Wood has also taken to encouraging apocalypse-minded conservatives to stock up on supplies in preparation for an impending civil war.

"Remember we only have 1 President at a time," he tweeted while calling on his followers to prep. "Our leader is @realDonaldTrump, not Biden."

Loading...

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

POWER TRIP ⊕

2020 is (thankfully) over. Support the fearless journalism that got you