**Lin Wood** 

Vice President Pence must resign today. Pence is on videos captured by FBI. Discussions about murdering judges. Roberts was involved. So was Hillary Clinton.

t.me/linwoodspeakstruth/102          1.1M 👁  Jan 19 at 12:03

https://t.me/linwoodspeakstruth/102

EXHIBIT "E"