# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD,<br>   **Plaintiff,**<br><br>v.<br><br>PAULA J. FREDERICK, CONNIE S. COOPER, JEFFREY R. HARRIS, CASEY CARTER SANTAS, PATRICIA F. AMMARI, KAYLA E. COOPER, ELIZABETH L. FITE, ELISSA B. HAYNES, MARGARET W. SIGMAN PUCCINI, SHERRY BOSTON, ELIZABETH POOL O'NEAL, DAVID F. RICHARDS, JENNIFER D. WARD, MICHAEL FULLER, SR., JENNIFER ELIZABETH DUNLAP, CHRISTIAN J. STEINMETZ, III, BRANDON L. PEAK, TOMIEKA DANIEL, CHRISTOPHER SUTTON CONNELLY, MELODY GLOUTON, and DAWN JONES,<br><br>   **Defendants.** | CIVIL ACTION FILE<br><br>NO.: 1:21-CV-01169-TCB<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS** |

EXHIBIT "I"

This matter is before the Court on Defendants' *Motion to Dismiss*. After a review of all relevant pleadings, the Court finds as follows:

1. Intervention by this Court in this matter is inappropriate based on the *Younger* abstention doctrine. *Younger v. Harris*, 401 U.S. 37 (1971).

2. This Court lacks subject matter jurisdiction over Plaintiff's claims; exclusive jurisdiction over these claims resides in the Georgia Supreme Court. *Wallace v. State Bar of Georgia*, 268 Ga. 166 (1997) and Bar Rule 4–225.

3. Plaintiff's claims for monetary damages are barred by judicial and qualified immunity. *See Emory v. Peeler*, 756 F.2d 1547 (11th Circuit 1985) and *Harlow v. Fitzgerald*, 457 U.S. 800 (1982).

4. Plaintiff is not entitled to an injunction or to attorneys' fees.

As such, Defendants' *Motion to Dismiss* is GRANTED and Plaintiff's *Complaint* is DISMISSED WITH PREJUDICE.

This _____ day of _____, 2021.

_____
The Honorable Timothy C. Batten, Sr.
United States District Judge

893829v.1