## STATE BAR OF GEORGIA
## NOTICE OF INVESTIGATION

<u>CONFIDENTIAL</u>                                                      <u>FILE NO. 210010</u>

To: Mr. L. Lin Wood, Jr., State Bar # 774588

1.

This is a Notice of Investigation issued pursuant to Rule 4-204.1 of the Bar Rules.

2.

The grievance State Disciplinary Board filed against you is being referred to the State Disciplinary Board. A copy of the grievance is attached to this notice.

3.

The grievance alleges possible violations of Georgia Rules of Professional Conduct 1.1, 1.2, 3.1, 3.3, 4.1, 4.4.

4.

The State Disciplinary Board member investigating this matter is:

    Christian Joseph Steinmetz III
    Gannam Gnann & Steinmetz LLC
    PO Box 10085
    Savannah, GA 31412

5.

Please execute the enclosed Acknowledgment of Service and return it to the Clerk of the State Disciplinary Boards in the enclosed self-addressed stamped envelope within 10 days of receiving this notice. If you do not return the acknowledgement of service within 10 days, the Bar will perfect service as authorized in Bar Rule 4-203.1.

6.

Pursuant to Bar Rule 4-204.3, you must file a response to this Notice of Investigation under oath within 30 days of service. "Under oath" means that you swear or affirm that the contents of your response are truthful. You must make this affirmation in writing and sign the response in the presence of a notary. You must do so even if you previously filed a response with the Office of the General Counsel.

7.

A list of the members of this Board is enclosed with this notice. You have the right to challenge the competency, qualifications or objectivity of any member of the State Disciplinary Board within 10 days of your receipt of this notice through the procedure outlined in Rule 11 of the Rules of Conduct and Procedure of the State Disciplinary Board ("Internal Rules").

EXHIBIT "A"

8.

Your response and all future correspondence should be mailed directly to the Board member listed in paragraph 4 above. Please send an original and one copy of your sworn response.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served this Notice of Investigation and attachments upon L. Lin Wood, by depositing same in the U. S. Mail, with adequate postage thereon, addressed to Respondent at the following address:



This 11th day of February, 2021.

*Paula J. Frederick*

Paula J. Frederick
General Counsel
State Bar of Georgia
104 Marietta Street NW
Suite 100
Atlanta, Georgia 30303

Copy to: State Disciplinary Board member Steinmetz

STATE DISCIPLINARY BOARD

DISCIPLINARY PROCEEDINGS

| | |
|---|---|
| IN THE MATTER OF:<br><br>Mr. L. Lin Wood, Jr.<br>State Bar No. 774588,<br><br>      Respondent | STATE DISCIPLINARY BOARD<br><br>FILE NO. 210010 (Steinmetz) |

## ACKNOWLEDGMENT OF SERVICE

RE:    Grievance filed by State Disciplinary Board

Pursuant to the provisions of State Bar Rule 4-203.1, the undersigned Respondent hereby acknowledges service of the Notice of Investigation arising from the above-referenced grievance. The undersigned specifically waives all other notice of said document.

This _____ day of _____, 2021.

_____
Mr. L. Lin Wood, Jr., Respondent

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed this acknowledgement of service to Jessica Oglesby, Clerk of the State Disciplinary Board, to 104 Marietta Street, N.W., Suite 100, Atlanta, GA 30303. I will mail all future correspondence directly to the State Disciplinary Board member for the remainder of the investigation.

This _____ day of _____, 2021.

_____
Mr. L. Lin Wood, Jr., Respondent

PLEASE COMPLETE AND ATTACH THE OATH TO YOUR RESPONSE TO THE BOARD.

STATE DISCIPLINARY BOARD

DISCIPLINARY PROCEEDINGS

| | |
|---|---|
| IN THE MATTER OF:           ) | STATE DISCIPLINARY BOARD |
| Mr. L. Lin Wood, Jr.              ) | FILE NO.   210010 (Steinmetz) |
| State Bar No. 774588,          ) | |
|                      Respondent ). | |

OATH TO RESPONSE

PERSONALLY APPEARED before the undersigned attesting officer authorized by law to administer oaths, _____, who, after first being sworn, on oath deposes and says that the facts stated in the _____ are true and correct.

_____
Signature

_____
Printed Name

_____
Address

_____
Telephone Number

Sworn to and Subscribed before me, this

_____ day of _____, 20__.

_____
Notary Public
My Commission Expires:
(Notary Seal)