2019-09-30

Jonathan Grunberg (00:00):
You-

Lin Wood (00:00):
I am so disgusting.

Jonathan Grunberg (00:01):
You make a scene.

Lin Wood (00:02):
You take my fucking briefcase.

Jonathan Grunberg (00:03):
You grabbed my neck. You choked me.

Lin Wood (00:05):
Did you think I was... Because I told you to get away from me.

Jonathan Grunberg (00:08):
You choked me.

Lin Wood (00:08):
Yes, I did.

Jonathan Grunberg (00:09):
You choked me.

Lin Wood (00:10):
Get me arrested. Get me arrested.

Jonathan Grunberg (00:12):
You choked me.

Lin Wood (00:13):
Yeah, I did, because you got in my face.

Jonathan Grunberg (00:15):
I did not. You got in my face.

Lin Wood (00:17):
Tell it to the judge.

Jonathan Grunberg (00:18):

EXHIBIT "D"

2019-09-30

You got in my face.

Lin Wood (00:19):
Get me my file in my office.

Jonathan Grunberg (00:21):
You got in my-

Lin Wood (00:21):
Get my file in my office.

Jonathan Grunberg (00:23):
Can I have my key back, please? Can I have my key back, please? Thank you very much.

Lin Wood (00:26):
Get my file in my room.

Jonathan Grunberg (00:28):
You can go get it, Lin.

Lin Wood (00:29):
It's in your room. Get me my file. [inaudible 00:00:32].