# Jonathan Grunberg

| | |
|---|---|
| **From:** | Lin Wood <lwood@linwoodlaw.com> |
| **Sent:** | Saturday, February 15, 2020 11:00 AM |
| **To:** | Chelsea Gray |
| **Cc:** | Taylor Wilson; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Nicole Wade; Kimmy Hart Bennett; Jonathan Grunberg; Taylor Wilson; ▓▓▓▓▓▓▓▓▓▓▓; Matt C. Wood (mwood@wshllp.com); Ashley Wood ▓▓▓▓▓▓▓▓▓▓▓▓; Chandler Wood ▓▓▓▓▓▓▓▓▓▓▓▓ Debby.Wood@▓▓▓▓▓▓▓ |
| **Subject:** | Re: God has given me permission to be profane in this email, which is my last email of the night. |

You just condemned yourself to hell by writing me this email. Offer rescinded to you. Don't utter my name again, traitor. You have no idea how well I got your treated when Taylor and others did not.

Now. You stop. Now.

L. Lin Wood
L. LIN WOOD, P.C.
1180 West Peachtree Street
Suite 2040
Atlanta, GA 30309
Telephone: (404) 891-1402
Direct Dial: (404) 891-1406
Facsimile: (404) 506-9111
E-Mail: lwood@linwoodlaw.com

Sent from my iPhone


> On Feb 15, 2020, at 10:31 AM, Chelsea Gray <cgray@linwoodlaw.com> wrote:
>
> Lin:
>
> Stop. Please leave Taylor alone. He is not a miserable, lying sack of shit, nor a snake. All he has done is sacrifice for you. I don't think I need to go into those details.
>
> And I know right now you probably think I am a snake. Or I have betrayed you. I haven't. I love everyone and this is not ok. Not even a little.
>
> You want to talk about not getting sleep, I haven't had sleep! All of this is very upsetting to me and one thing I can say is, no one has deleted files.
>
> .... Just stop. Please.
>
> Sent from my iPhone
>
>
>> On Feb 15, 2020, at 10:14 AM, Lin Wood <lwood@linwoodlaw.com> wrote:

**EXHIBIT "I"**

Keep lying. USDOJ shall be checking ALL computers. I know liars. You been lying ever since your yelled at me and accused me of being insane. Liar.

You miserable lying sack of shit. You low life lying snake.

Your know ▆▆▆▆▆▆ involvement. Tell it. Now.

You are ALL in trouble. Big trouble. Computer fraud. Conspiracy to commit computer fraud.
Violation of fiduciary duties.
Conspiracy to violate fiduciary duties. Slander and defamation. Conspiracy to slander and defame. Conspiracy to interfere with my business relations, including clients and co-counsel. I think you are in more criminal and civil trouble than the former big mouth, Michel Avenatti.

Your time would best be served on your knees telling me you are sorry. Telling my children you are sorry for hurting my family with your campaign of lies.

Best outcome for you in eternity Is Hell for repeatedly interfering with God's commandment to children to honor their father.

I will make sure you that you never practice law again ever if you do not admit your sins, all of them by 10:30 am. Extensions grants each quarter hour thereafter depending on the amount of truth you tell me with each email. Start with admitting your lies.

Tell the full truth or suffer through full pains thereafter.

Same is true with every one of the snakes involved. Tell every one of them. Now.

Start now by listing the names everyone one you talked to about my children. List every accusation you made against me. Start there and maybe I will extend your deadline.

I want to know each and every fact of which you are aware with respect to the involvement of ▆▆▆▆▆▆ and or ▆▆▆▆▆▆. I want those facts by 10:30 AM. If you want to have a chance to save your future for your career, yourself and your family. You better come clean and tell the truthgiver the truth starting NOW.

I am going to learn that information in a criminal case involving you if necessary. I am going to learn that information from you in a civil case involving you that is an almost certainty. Your best chance for mercy from L. Lin Wood is for you to start pouring the truth on me regarding information on ▆▆▆▆▆▆ by 10:30 AM this morning. Save your child. Save your wife. Save your life.

Games are over Taylor. You were always a rookie playing in the big leagues with me. From big mouth heading down south best describes you.

Your are doing to want a major dose of mercy from me. The sooner you come clean, the better. The longer it takes, the worse.

Start apologizing. Start telling the truth. Admitting the full truth quickly and voluntary is your only hope.

L. Lin Wood
L. LIN WOOD, P.C.
1180 West Peachtree Street
Suite 2040
Atlanta, GA 30309
Telephone: (404) 891-1402
Direct Dial: (404) 891-1406
Facsimile: (404) 506-9111
E-Mail: lwood@linwoodlaw.com

Sent from my iPhone

> On Feb 15, 2020, at 8:15 AM, Taylor Wilson <georgetaylorwilson@gmail.com> wrote:
>
> Lin:  I don't know what most of this means and won't respond to it except to tell you unequivocally that I have not even accessed a computer, much less your files, since I felt forced to resign my position yesterday immediately following our most recent phone conversation at 11:17 am yesterday.  Nor have I at any time deleted any of your or your firm's files.  I have never at any time for any reason committed a crime against you or your firm.  I'm sad to see these accusations.  Taylor.
>
> Taylor Wilson
> 678-787-0216
>
>> On Feb 15, 2020, at 3:45 AM, Lin Wood <lwood@linwoodlaw.com> wrote:
>>
>> You damn dumb motherfuckers.
>>
>> You have now subjected yourselves and your families to the fact that you are all guilty of federal crimes.  And you are going to be ruined financially, if necessary, in civil and criminal lawsuit. You committed computer fraud today and possibly bank fraud.  Your lies and fraud upon law firms and your employers are going to come back quickly to haunt you for the rest of your lives.
>>
>> You fucked with the wrong guy.  You fucked with Lin Wood.  Bad fucking choice.
>>
>> Here are the findings of your final judgment day on earth for today, the day after my Valentine's Day massacre:

3

Taylor, you're not going to get one thin dime from me on any case. That includes ▮▮▮▮▮ and ▮▮▮▮▮ Sue me. You will lose. You can tell your co-conspirators, Nicole, Jonatha, Kimmy and Chelsea. All the damn criminal conspirator wars who deleted emails and Word documents related to the ▮▮▮ and ▮▮▮ cases are in fucking serious criminal and civil exposure. Did you really think that an expert could not determine when those files were deleted, by whom, when, and any efforts to now restore them. You are all dumb as hell. I am not. I will be setting up a meeting next week with the US Attorney for the Northern District of Georgia. He will meet with me. He knows who I am. You apparently never did. I suspect ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ shall want to speak with certain people on this email within the next 5 to 7 days. I suspect that the tax authorities of this country will also come down on you with the wrath of God. Nobody fucks with me and my children. You have been all been playing your Bullshit games of lies too long. Too long is too long. Always has been. Always shall be. God Almighty told me to get you back to where you belong. Broke and essentially homeless. Some advice to ▮▮▮▮▮▮▮: sell your ▮▮▮▮▮▮ "home" at ▮▮▮▮▮▮▮▮▮s before the potential buyers know that you both are frauds. You may not get the same value for it after they learn who you are as you will when they learn the truth about who you really are. You all forgot that I am a truth giver. Maybe the IRS will be the new owner of your ▮ home that you brag about so much that it makes people around you turned off by your love of fame and fortune? You worship false gods. When I find my God's will, and I did over the past several days, my instructions from Him are clear. His will shall be done. And no damn fool or even someone who thinks they are smart, should ever interfere with His will. You tried to do so. You failed miserably. One day soon, my children shall honor their father. Despite your best damn lying efforts to interfere with our relationship and urging them to dishonor me.

The fact that you, Taylor, involved innocent people like Kimmy and maybe even Chelsea, is going to haunt you and your wife and your

4

children for the rest of your lives on earth.  Shame on you.  You are disgusting.

██████████, I have been ashamed of you from the day you first turned on me to support a lie about my sanity which impacted negatively my relationship with all of my children.  You deserve to be damned on earth because I believe you going to be damned for eternity.

You all better get on your knees and pray to Almighty God that He now asks me to show you mercy.  If he does, I will show it, if he does not, I will deliver a fiery judgment against you on earth.  Who the fuck did you think you were dealing with?  You were screwing around with me, but I was someone else in disguise.  You in fact in have been screwing around with God Almighty.  I am not God.  You lied when you told others that I thought I was.  No one can be God, because no one can create himself or herself.  I am L. Lin Wood – the sole member of L. Lin Wood, P.C.  The architect of the most masterful and powerful Valentine's Day massacre known in American history.  The last one killed seven.  Mine will ruin many more before it is over.  Deservedly so.

You are the ones who are crazy, not me. You are all fools, not me.  You are all driven by fame and fortune, not me.  My reading of the Bible teaches me that God is not going to accept your words.  You are going to have to spend every day for the rest of your lives on earth by your every act and deed proving to God that you are genuinely sorry for the sins you have committed against HIM.  I'm not going to waste anymore time listing your sins.  You know them.  God knows them.

I will pray for your souls.  And I will pray that God has mercy on your souls.  But only God has the power to decide that issue.  For all I know, He may already have decided it.

Buckle up your damn seatbelts.  Unless I change my mind under the instructions of God, you are in for the roughest ride of your lives.  I'm going to teach you all a lesson that you are going to learn.  Here is the lesson: never try to interfere

with any Father's relationship with his children and vice a versa.  Never means never. Always has, always shall.

I shall sleep well tonight even though I'm writing a bunch of crazy people at a crazy person's hour.  I live on God's time clock.  This sane man had a lot of business to conduct tonight.  Business that God Almighty exposed to him and told him to expose to others.

I bet it's going to be a long, long time before any of you ever sleep well again.  Taylor, you are a damn pussy.  You didn't even have the balls to show up for your little meeting that I already knew you were going to try to have before you had it.  I know what all of you did with respect to my son's visit before you even did it.  Now you better get on the damn phone and you better tell everyone of my children that you were fucking wrong and that you intend to do all you can going forward the beg for their father's mercy.  Both their father on earth, and their Father in Heaven.  You better tell everyone of my children to start honoring their father and never ever stop doing so.

Good night.  I know you will not sleep well.

PS: Taylor, tell all of you damn co-conspirators that their asses are in criminal and civil liability trouble. Be sure to  tell Jonathan and Nicole.  I listened to that damn blowhard Jonathan run his mouth.  At midday, silently.  Because I knew that I was getting ready to slam his ass deep into the ground with my time came.  My time came.  His ass is in trouble and this time,  he will not land on his 2 feet.  He will be on his damn two knees begging me and Almighty God for mercy.  They will never get a dime from me.  I dare you to sue me for it.  You don't have the balls to do it and if you do it, you shall lose and in the process, lose more of your damn asses if there's anything left of your asses after I finish with your asses tomorrow if you don't call my children and beg for my mercy  like damn dogs begging for a damn piece of meat after not eating for 3 months.  I think my message is clear.  God has now asked me to refrain for the rest of this night and tomorrow from further profanity.  I shall always

6

follow my God's's will and never anyone's on earth, including mine.

Last word, if any of you get within the missile range of my office or home, I will have you arrested.  You make one more threat, at false accusation or attempt to interrupt me and as far as I'm concerned, you can all rot to hell in jail.

You know me, always one more last word.  Tomorrow after 11:00 AM, I am going to be writing emails to ████████████ ████████. I will be discussing with them how you ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████. By your free will, you sought to hide the truth to enrich your selves.  It's not going to be pretty for you.  Fraud never is pretty  Ask Michael Avenatti.  Never has been.  Never shall.

Good night.

L. Lin Wood
L. LIN WOOD, P.C.
1180 West Peachtree Street
Suite 2040
Atlanta, GA 30309
Telephone: (404) 891-1402
Direct Dial: (404) 891-1406
Facsimile: (404) 506-9111
E-Mail: lwood@linwoodlaw.com
Website: www.linwoodlaw.com