







TRUMPLAND

# Trumpist Lawyer Lin Wood Goes on Unhinged Rant Suggesting Justice John Roberts Is a Murderous Pedophile

QANON GONE WILD

Wood has recently been in touch with President Trump, who has encouraged his election-stealing lawsuits and behavior.

Justin Baragona Contributing Editor

Updated Dec. 31, 2020 10:22AM ET
Published Dec. 30, 2020 10:19PM ET






JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

READ THIS LIST

2020 is (thankfully) over. Support the fearless journalism that got you



EXHIBIT "K"








Elijah Nouvelage/Reuters

Harry & Meghan Pay Tribute to 'Greatly Missed' Prince Philip
TOM SYKES

'A Warrior Who Fought Till the Very End': DMX Dead at 50
BARBIE LATZA NADEAU

He Was Partners With 'QAnon.' Now He Wants Them Arrested.
THE DAILY BEAST

Pro-Trump lawyer Lin Wood ramped up the crazy on Wednesday night by suggesting Supreme Court Chief Justice John Roberts was somehow involved in Justice Antonin Scalia's death and part of a child-sex cult.

Wood, alongside on-again-off-again Trump campaign lawyer Sidney Powell, has been at the forefront of President Donald Trump's hopeless attempt to overturn President-elect Joe Biden's decisive victory in the Nov. 3 election. Besides filing a slew of conspiratorial lawsuits alleging election fraud that have been laughed out of court, Wood has urged Georgian Republicans not to vote in next week's pivotal Senate runoffs because of his belief that the election will be "rigged" and has filed an emergency petition with the Supreme Court to halt the Jan. 5 election.

The QAnon-peddling attorney took things to a whole new level on Wednesday night, however, when he decided to take to Twitter and toss out a

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

2020 is (thankfully) over. Support the fearless journalism that got you




DAILY BEAST

NEWSLETTERS JOIN LOG IN

R... AT SHEET POLITICS CRIME ENTERTAINMENT MEDIA COVID-19 HALF FULL U.S. NEWS SCOUTED TRAVEL

Justice John Roberts:

(1) You are recorded discussing Justice Scalia's successor before date of his sudden death. How did you know Scalia was going to die?

(2) Are you a member of any club or cabal requiring minor children as initiation fee? pic.twitter.com/jGxfgLCk4D
— Lin Wood (@LLinWood) December 31, 2020

"You are recorded discussing Justice Scalia's successor before date of his sudden death. How did you know Scalia was going to die?" Wood asked Roberts in one tweet, casually adding: "Are you a member of any club or cabal requiring minor children as initiation fee?"

After painting Roberts as a murderous pedophile, the far-right attorney went further down the QAnon rabbit hole by bringing up deceased sex trafficker Jeffrey Epstein, suggesting the chief justice was mixed up in trafficking children and apparently hinting that he may have had Epstein killed.

"My information from reliable source is that Roberts arranged an illegal adoption of two young children from Wales through Jeffrey Epstein," Wood

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

2020 is (thankfully) over. Support the fearless journalism that got you

BEAST INSIDE Dig Deeper JOIN NOW

DAILY BEAST

NEWSLETTERS JOIN LOG IN

R AT SHEET POLITICS CRIME ENTERTAINMENT MEDIA COVID-19 HALF FULL U.S. NEWS SCOUTED TRAVEL

ADVERTISEMENT

Not done, he finished by arguing that the lack of a defamation suit from Roberts meant his unfounded accusations were on the mark.

> A bit more on CJ John Roberts.
>
> I have publicly accused him & Justice Breyer of being profane anti-Trumpers.
>
> I have linked Roberts to illegal adoption, Jeffrey Epstein, pedophilia & prior knowledge of Scalia's death.
>
> Did Roberts skip class on defamation?
>
> Maybe not . . .
> — Lin Wood (@LLinWood) December 31, 2020

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

Wood did not immediately respond to a request for comment on his allegations.

The following morning, however, things only got weirder as Wood went further down the rabbit hole, this time claiming Epstein "is alive" and could reveal the

2020 is (thankfully) over. Support the fearless journalism that got you

my revelations about Chief Justice John Roberts. Before attacking me, maybe fair-minded people would first ask Roberts to tell the truth.

Or ask Jeffrey Epstein. He is alive.
— Lin Wood (@LLinWood) December 31, 2020

Despite many in Trump's orbit declaring war on Wood after he pushed for a boycott of the Georgia Senate races, the president himself has personally kept in touch with the firebrand. Trump has not only encouraged Wood and Powell to continue with their "Kraken" lawsuits, but he also hasn't told them to tone down their rhetoric, much to the dismay of many of Trump's advisers.

Asawin Suebsaeng @swin24 · De
Replying to @swin24
Imagine being able to outflank Rud
conspiracy theories

Asawin Suebsaeng
@swin24

fwiw, both Lin Wood and Sidney P
touch with Trump over the phone
recent weeks, even as the campaig
official Trumpworld tried to new-p
both:

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

2020 is (thankfully) over. Support the fearless journalism that got you









Trump's Bonkers Oval Office Meeting Witl
Her claims of mass election fraud have fal
Trump from inviting conspiracy theorist Si
thedailybeast.com

7:31 PM · Dec 21, 2020

510 22 Share this Tweet

In recent weeks, with Trump's election loss becoming harder to ignore for the MAGA faithful, Wood has also taken to encouraging apocalypse-minded conservatives to stock up on supplies in preparation for an impending civil war.

"Remember we only have 1 President at a time," he tweeted while calling on his followers to prep. "Our leader is @realDonaldTrump, not Biden."

Loading...

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

POWER TRIP

2020 is (thankfully) over. Support the fearless journalism that got you