

**Lin Wood** 

Hillary Clinton thought she had rigged the 2016 election. The plan after her election was to kill federal judges so that Hillary could stack the judiciary. US Supreme Court targeted. FBI was complicit.

t.me/linwoodspeakstruth/104   999.8K  Jan 19 at 12:06

<> EMBED    VIEW IN CHANNEL    CONTEXT

EXHIBIT "L"