

https://t.me/linwoodspeakstruth/106

EXHIBIT "N"