

# State Bar of Georgia

Office of the General Counsel

**Paula J. Frederick**
*General Counsel*

February 11, 2021

Mr. L. Lin Wood, Jr.
L. Lin Wood, PC
████████████████

and

Mr. L. Lin Wood
L. Lin Wood, P.C.
████████████████

Dear Mr. Wood:

As you requested, I forwarded your email of January 29, 2021 with the embedded link to the members of the State Disciplinary Board. The Board did not reconsider its finding that you may be impaired or incapacitated to practice law. Pursuant to Bar Rule 4-104, the Board hereby requests that you consent to a confidential evaluation by a medical professional.

The Board has preliminarily identified a medical doctor who has agreed to perform the evaluation at the Bar's expense. Please respond to this letter advising me whether you will undergo the evaluation so that we can finalize arrangements with the doctor and give you contact information. I understand that you are now living in South Carolina, so if you prefer to see a doctor closer to your residence I will make those arrangements.

Bar Rule 4-104 provides that a lawyer's refusal to participate in an evaluation recommended under the rule may be grounds for further proceedings under Bar Rules. If you decline to cooperate I will convey that decision to the State Disciplinary Board so that they may decide how to proceed.

104 Marietta St. NW, Suite 100 · Atlanta, GA 30303-2743 · 404-527-8720 · Fax 404-527-8744 · www.gabar.org

EXHIBIT A TO COMPLAINT - 1

EXHIBIT "O"

Please let me have your response in writing within 10 days.

Sincerely,

Paula J. Frederick
General Counsel

PJF/dmg