**State Bar of Georgia**

Office of the General Counsel

Paula J. Frederick
General Counsel

February 19, 2021

Mr. L. Lin Wood
L. Lin Wood, PC

RE: Grievance filed by the State Disciplinary Board, File No. 210010

Dear Mr. Wood:

    I am in receipt of your letter of February 18 and consent to the extensions of time that you requested. We will expect your response to the Board's request for a medical examination and your challenges to the participation of Board members on or before March 15, 2021. Your response to the Notice of Investigation in the Board-issued grievance (File No. 210010) is due on or before March 31.

    We have not received your signed Acknowledgement of Service of the Notice of Discipline. I have attached another copy; please sign and return it so that I can forward it to the Board member who will handle the investigation.

                                             Sincerely,

                                             *Paula J. Frederick*

                                             Paula J. Frederick

pjf

STATE DISCIPLINARY BOARD

DISCIPLINARY PROCEEDINGS

| | |
|---|---|
| IN THE MATTER OF:<br>Mr. L. Lin Wood, Jr.<br>State Bar No. 774588,<br><br>       Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)   STATE DISCIPLINARY BOARD<br>    FILE NO. 210010 (Steinmetz) |

### ACKNOWLEDGMENT OF SERVICE

RE:    Grievance filed by State Disciplinary Board

Pursuant to the provisions of State Bar Rule 4-203.1, the undersigned Respondent hereby acknowledges service of the Notice of Investigation arising from the above-referenced grievance. The undersigned specifically waives all other notice of said document.

This _____ day of _____, 2021.

_____
Mr. L. Lin Wood, Jr., Respondent

### CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed this acknowledgement of service to Jessica Oglesby, Clerk of the State Disciplinary Board, to 104 Marietta Street, N.W., Suite 100, Atlanta, GA 30303. I will mail all future correspondence directly to the State Disciplinary Board member for the remainder of the investigation.

This _____ day of _____, 2021.

_____
Mr. L. Lin Wood, Jr., Respondent