# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD,<br>      **Plaintiff,**<br><br>v.<br><br>PAULA J. FREDERICK, CONNIE S. COOPER, JEFFREY R. HARRIS, CASEY CARTER SANTAS, PATRICIA F. AMMARI, KAYLA E. COOPER, ELIZABETH L. FITE, ELISSA B. HAYNES, MARGARET W. SIGMAN PUCCINI, SHERRY BOSTON, ELIZABETH POOL O'NEAL, DAVID F. RICHARDS, JENNIFER D. WARD, MICHAEL FULLER, SR., JENNIFER ELIZABETH DUNLAP, CHRISTIAN J. STEINMETZ, III, BRANDON L. PEAK, TOMIEKA DANIEL, CHRISTOPHER SUTTON CONNELLY, MELODY GLOUTON, and DAWN JONES,<br><br>      **Defendants.** | CIVIL ACTION FILE<br><br>NO.:  1:21-CV-01169-TCB<br><br>DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE |

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**A. L. Lin Wood** (Plaintiff)

**B. Paula J. Frederick** (Defendant)

**C. Connie S. Cooper** (Defendant)

**D. Jeffrey R. Harris** (Defendant)

**E. Casey Carter Santas** (Defendant)

**F. Patricia F. Ammari** (Defendant)

**G. Kayla E. Cooper** (Defendant)

**H. Elizabeth L. Fite** (Defendant)

**I. Elissa B. Haynes** (Defendant)

**J. Margaret W. Sigman Puccini** (Defendant)

**K. Sherry Boston** (Defendant)

**L. Elizabeth Pool O'Neal** (Defendant)

**M. David F. Richards** (Defendant)

**N. Jennifer D. Ward** (Defendant)

**O. Michael Fuller, Sr.** (Defendant)

    **P. Jennifer Elizabeth Dunlap** (Defendant)

    **Q. Christian J. Steinmetz, III** (Defendant)

    **R. Brandon L. Peak** (Defendant)

    **S. Tomieka Daniel** (Defendant)

    **T. Christopher Sutton Connelly** (Defendant)

    **U. Melody Glouton** (Defendant)

    **V. Dawn Jones** (Defendant)

    **W. Hiscox Insurance Company** (Insurer for Defendants)

    **X. Hanover Insurance Company** (Insurer for Defendants)

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: **Undersigned counsel is unaware of any such persons or entities.**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    **A. Patrick N. Arndt** (Attorney for Defendants)

    **B. Larry L. Crain** (Attorney for Plaintiff)

    **C. Robert L. Goldstucker** (Attorney for Defendants)

    **D. Ibrahim Reyes** (Attorney for Plaintiff)

      **E. L. Lin Wood** (Attorney for Plaintiff)

Respectfully submitted this 3rd day of May, 2021.

**NALL & MILLER, LLP**

By: /s/ *Patrick N. Arndt*
**ROBERT L. GOLDSTUCKER**
Georgia State Bar No. 300475
**PATRICK N. ARNDT**
Georgia State Bar No. 139033

bgoldstucker@nallmiller.com
parndt@nallmiller.com
235 Peachtree Street, N.E.
Suite 1500 – North Tower
Atlanta, Georgia  30303-1418
Phone:       (404) 522-2200
Facsimile:  (404) 522-2208

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH LOCAL RULE 5.1**

I hereby certify that on May 3rd, 2021, a true and correct copy of this document was filed with the Court via the CM/ECF system. All attorneys identified with the Court for electronic service on record in this case were served by electronic transmission in accordance with the CM/ECF system, including the following counsel of record:

Larry L. Crain, Esq.
Crain Law Group, PLLC
5214 Maryland Way
Suite 402
Brentwood, TN 37027

Ibrahim Reyes, Esq.
Reyes Lawyers, P.A.
236 Valencia Avenue
Coral Gables, FL 33134

L. Lin Wood, Jr., Esq.
L. Lin Wood, P.C.
P.O. Box 52584
Atlanta, GA 30355-0584

I further certify that I have prepared this document in 14 point Times New Roman font.

/s/ Patrick N. Arndt

893422v.1