IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR.,<br><br>　　Plaintiff,<br><br>v.<br><br>PAULA J. FREDERICK, et al.,<br><br>　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-1169-TCB |

## **O R D E R**

Plaintiff is directed to file his reply briefs in support of his motion for preliminary injunction and motion for disqualification by Friday, May 7, at 5:00 p.m.

Plaintiff is also directed to file his response to Defendants' pending motion to dismiss by Monday, May 10, at 9:00 a.m. Defendants' reply brief will be due Wednesday, May 12, at 9:00 a.m.

The Court will hold a hearing on the complaint and all pending motions on Thursday, May 13, at 10:00 a.m. in Courtroom 2106 of the United States Courthouse, Atlanta, Georgia.

IT IS SO ORDERED this 3d day of May, 2021.

_____
Timothy C. Batten, Sr.
United States District Judge

IT IS SO ORDERED this 3d day of May, 2021.

_____
Timothy C. Batten, Sr.
United States District Judge