**From:** Katie Klimko <Katie_Klimko@gand.uscourts.gov>
**Sent:** Monday, May 3, 2021 10:02 AM
**To:** Ibrahim Reyes <ireyes@reyeslawyers.com>; larry_csafirm.com <larry@csafirm.com>; lwood@linwoodlaw.com; bgoldstucker@nallmiller.com; parndt@nallmiller.com
**Subject:** 21-cv-01169-TCB Wood v. Frederick et al

Hi counsel,

Judge Batten would like to know when Defendants intend to file a response to the complaint and to Mr. Wood's pending motion to disqualify. If you can let me know, we would appreciate it.

Thank you!

Best,

**Katie Klimko**
Law Clerk, Hon. Timothy C. Batten, Sr.
United States District Court
Northern District of Georgia
404-215-1420
Katie_Klimko@gand.uscourts.gov


**From:** Patrick N. Arndt <PArndt@nallmiller.com>
**Sent:** Monday, May 3, 2021 10:18 AM
**To:** Katie Klimko <Katie_Klimko@gand.uscourts.gov>; Ibrahim Reyes <ireyes@reyeslawyers.com>; larry_csafirm.com <larry@csafirm.com>; lwood@linwoodlaw.com; Bob L. Goldstucker <BGoldstucker@nallmiller.com>
**Subject:** RE: 21-cv-01169-TCB Wood v. Frederick et al

Good morning Ms. Klimko,

Defendants are filing the following documents today:

1. Defendants' *Motion to Dismiss* in response to the *Complaint*;
2. Defendants' *Response* to Mr. Wood's *Motion for Preliminary Injunction*; and
3. Defendants' *Response* to Mr. Wood's *Motion to Disqualify*.

Please let me know if you have any questions.

Thanks,
PNA
Patrick N. Arndt, Esq.
Nall & Miller, LLP
parndt@nallmiller.com
678.608.1713 (d)
404.522.2200 (o)
235 Peachtree St NE
North Tower
Suite 1500
Atlanta, GA 30303


EXHIBIT
A