IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR.,<br><br>　　Plaintiff,<br><br>v.<br><br>PAULA J. FREDERICK, et al.,<br><br>　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-1169-TCB |

## **O R D E R**

Plaintiff Lin Wood has filed a motion [39] for reconsideration on the expedited briefing and hearing schedule. The purpose of the expedited schedule is to accommodate *Wood's* desire to move the case expeditiously and try to issue a ruling before May 14, as he indicated that that date was important. *See* [33] at 3 (referring to a letter indicating that Wood's situation would be discussed at the State Bar of Georgia's May 14 meeting and stating that "time is of the essence for Plaintiff L. Lin Wood, Jr., or he will be severely prejudiced in his ability

to set a hearing on his motion for preliminary injunction prior to the threatened further action by the State Disciplinary Board").

And the Court has the authority and discretion to expedite deadlines for briefing when necessary, as is the case here. Wood's motion for reconsideration is therefore denied.

IT IS SO ORDERED this 6th day of May, 2021.

*(signature)*
Timothy C. Batten, Sr.
United States District Judge