IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD,<br>　　　　Plaintiff,<br><br>v.<br><br>PAULA J. FREDERICK, CONNIE S. COOPER, JEFFREY R. HARRIS, CASEY CARTER SANTAS, PATRICIA F. AMMARI, KAYLA E. COOPER, ELIZABETH L. FITE, ELISSA B. HAYNES, MARGARET W. SIGMAN PUCCINI, SHERRY BOSTON, ELIZABETH POOL O'NEAL, DAVID F. RICHARDS, JENNIFER D. WARD, MICHAEL FULLER, SR., JENNIFER ELIZABETH DUNLAP, CHRISTIAN J. STEINMETZ, III, BRANDON L. PEAK, TOMIEKA DANIEL, CHRISTOPHER SUTTON CONNELLY, MELODY GLOUTON, and DAWN JONES,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br><br>NO.: 1:21-CV-01169-TCB<br><br>ENTRY OF APPEARANCE FOR ROBERT L. GOLDSTUCKER, ESQ. |

**COMES NOW**, the undersigned counsel, **Robert L. Goldstucker,** with the firm of Nall & Miller, LLP, 235 Peachtree St., N.E., North Tower, Suite 1500, Atlanta, GA 30303, Phone: 404-522-2208, E-Mail: bgoldstucker@nallmiller.com, and hereby enters his appearance as counsel for Defendants. Please include Mr.

1

Goldstucker on all future notices, including those via ECF, concerning this case. Mr. Goldstucker will serve as lead counsel for Defendants in this matter.

Submitted this 7th day of May, 2021.

                **NALL & MILLER, LLP**

              By: */s/ Robert L. Goldstucker*
                   **ROBERT L. GOLDSTUCKER**
                   Georgia State Bar No.: 300475
                   **PATRICK N. ARNDT**
                   Georgia State Bar No.: 139033

              *Attorneys for Defendants*

235 Peachtree St., N.E.
North Tower, Suite 1500
Atlanta, GA  30303-1401
Phone:  404.522.2200
Fax:  404.522.2208
rgoldstucker@nallmiller.com
parndt@nallmiller.com

## CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on May 7, 2021, a true and correct copy of this document was filed with the Court via the CM/ECF system. All attorneys identified with the Court for electronic service on record in this case were served by electronic transmission in accordance with the CM/ECF system, including the following counsel of record:

Larry L. Crain, Esq.
Crain Law Group, PLLC
5214 Maryland Way
Suite 402
Brentwood, TN 37027
larry@crainlaw.legal

Ibrahim Reyes, Esq.
Reyes Lawyers, P.A.
236 Valencia Avenue
Coral Gables, FL 33134
ireyes@reyeslawyers.com

L. Lin Wood, Jr., Esq.
L. Lin Wood, P.C.
P.O. Box 52584
Atlanta, GA 30355-0584
lwood@linwoodlaw.com

I further certify that I have prepared this document in 14-point Times New Roman font.

                                                */s/ Robert L. Goldstucker*