

# State Bar of Georgia

Office of the General Counsel

**PAULA J. FREDERICK**
*General Counsel*

MERCEDES G. BALL
LEIGH BURGESS
WILLIAM V. HEARNBURG, JR.
JAMES S. LEWIS
JENNY K. MITTELMAN
ANDREEA N. MORRISON
ADRIENNE D. NASH
WILLIAM D. NESMITH, III
WOLANDA R. SHELTON
JOHN J. SHIPTENKO

February 17, 2021

**CONFIDENTIAL**
Mr. Ted Kurt
418 W. Dudley Street
Maumee, OH 43537

Re: Grievance filed against Mr. L. Lin Wood, Jr., Bar #774588

Dear Mr. Kurt:

Thank you for submitting your grievance with the Office of the General Counsel of the State Bar of Georgia. We have carefully reviewed the documentation that you submitted regarding attorney L. Lin Wood.

Please be advised, the State Disciplinary Board has issued a comprehensive grievance addressing concerns similar to those in your submission, and an investigation is currently being conducted based upon that grievance. For this reason, our office will not continue the investigation of the named attorney based upon the grievance that you filed, and the grievance is now closed.

Thank you for taking the time to prepare and submit your grievance. We appreciate the information you have provided to our office.

Sincerely yours,

Paula J. Frederick
General Counsel

PJF/dmg

cc: L. Lin Wood



# State Bar of Georgia

Office of the General Counsel

**PAULA J. FREDERICK**
*General Counsel*

MERCEDES G. BALL
LEIGH BURGESS
WILLIAM V. HEARNBURG, JR.
JAMES S. LEWIS
JENNY K. MITTELMAN
ANDREEA N. MORRISON
ADRIENNE D. NASH
WILLIAM D. NESMITH, III
WOLANDA R. SHELTON
JOHN J. SHIPTENKO

February 17, 2021

**CONFIDENTIAL**
Mr. John V. Bellocchio
179 Holt St.
Hackensack, NJ 07601

Re:   Grievance filed against Mr. L. Lin Wood, Jr., Bar #774588

Dear Mr. Bellocchio:

Thank you for submitting your grievance with the Office of the General Counsel of the State Bar of Georgia. We have carefully reviewed the documentation that you submitted regarding attorney L. Lin Wood.

Please be advised, the State Disciplinary Board has issued a comprehensive grievance addressing concerns similar to those in your submission, and an investigation is currently being conducted based upon that grievance. For this reason, our office will not continue the investigation of the named attorney based upon the grievance that you filed, and the grievance is now closed.

Thank you for taking the time to prepare and submit your grievance. We appreciate the information you have provided to our office.

Sincerely yours,

Paula J. Frederick
General Counsel

PJF/dmg

cc:   L. Lin Wood

104 Marietta St. NW, Suite 100 · Atlanta, GA 30303-2743 · 404-527-8720 · Fax 404-527-8744 ·
www.gabar.org