# Governor Kemp Responds to President Biden's Attack on Election Integrity Legislation

MARCH 26, 2021

**Atlanta, GA** – Today, Governor Brian P. Kemp issued the following statement in response to President Biden's attack on election integrity leg url=https%3A%2F%2Fsable.madmimi.com%2Fc%2F226400%3Fid%3D1606833.16140.1.fc5248e776ca9b9ac02813ce4a943 in Georgia.

"It is obvious that neither President Biden nor his handlers have actually read SB 202, which I signed into law yesterday. This bill expands voti partisan activists. As Governor, I won't back down from keeping Georgia elections secure, accessible, and fair."

Watch the Governor's full remarks (https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fsable.madmimi.com%2Fc%2F226400%3Fid%3D1606833.16141.1.932dcff99db912c9447ae8967b414( signing SB 202 into law yesterday.

## Contact Press Secretary

**Mallory Blount**
mallory.blount@georgia.gov (mailto:mallory.blount@georgia.gov)

## Contact Deputy Press Secretary

**Tate Mitchell**
tate.mitchell@georgia.gov (mailto:tate.mitchell@georgia.gov)