

SUPREME COURT OF GEORGIA
Case No. S21O0897

May 3, 2021

The Honorable Supreme Court met pursuant to adjournment.

The following order was passed:

L. LIN WOOD, JR. v. STATE BAR OF GEORGIA.

As this is not one of the "extremely rare" instances in which it would be appropriate for this Court to exercise its original jurisdiction, see *Gay v. Owens*, 292 Ga. 480, 483 (738 SE2d 614) (2013), this petition is dismissed.

*All the Justices concur.*

**SUPREME COURT OF THE STATE OF GEORGIA**
Clerk's Office, Atlanta

I certify that the above is a true extract from the minutes of the Supreme Court of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

, Clerk