UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

L. LIN WOOD, JR.,

    Plaintiff,

v.

PAULA J. FREDERICK, et al.,

    Defendants.

_____/

CASE NO.
L.T. No. 1:21-cv-1169-TCB

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, L. LIN WOOD, JR., pursuant to Federal Rule of Appellate Procedure 4, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an Order dated May 10, 2021 [DE 45], denying Plaintiff's Motion for Judicial Disqualification and/or Recusal [DE 26], Motion for Expedited Consideration of the Motion for Disqualification [DE 33], and Plaintiff's Reply to Defendants' Response to the Motion for Disqualification [DE 42].

Respectfully submitted,

By:   */s/ L. Lin Wood, Jr.*
**L. LIN WOOD, JR., Esq.**
State Bar No. 774588
P.O. Box 52584
Atlanta, GA 30355-0584
Tel. 404-572-6600
Fax. 404-506-9111
Email: lwood@linwoodlaw.com

/s/ Ibrahim Reyes
Ibrahim Reyes, Esq.
Florida Bar No. 581798
REYES LAWYERS, P.A.
236 Valencia Avenue
Coral Gables, FL 33134
Tel. 305-445-0011
Fax. 305-445-1181
Email: ireyes@reyeslawyers.com

*Counsel for the Plaintiff*
*(Pro Hac Vice)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been electronically filed with this Court via CM/ECF and was furnished on May 10, 2021 to all counsel of record on the service list via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive notices of filings electronically.

/s/ L. Lin Wood, Jr.