UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

L. LIN WOOD, JR.,

    Plaintiff,　　　　　　　　　　　　CASE NO. 1:21-cv-1169-TCB

v.

PAULA J. FREDERICK, et al.,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING OF CORRECTED RESPONSE TO DEFENDANTS' MOTION TO DISMISS

COMES NOW L. Lin Wood, Jr., Plaintiff in this action, and files the attached corrected Response to Defendants' Motion to Dismiss. Plaintiff's Response previously filed on May, 10, 2021, was the attorneys' working copy that was inadvertently filed, which should be discarded and disregarded.

                              Respectfully submitted,

By:   */s/ L. Lin Wood, Jr.*
       **L. LIN WOOD, JR., Esq.**
       State Bar No. 774588
       P.O. Box 52584
       Atlanta, GA 30355-0584
       Tel. 404-572-6600
       Fax. 404-506-9111
       Email: lwood@linwoodlaw.com

*/s/ Ibrahim Reyes*
Ibrahim Reyes, Esq.
Florida Bar No. 581798
REYES LAWYERS, P.A.
236 Valencia Avenue
Coral Gables, FL 33134
Tel. 305-445-0011
Fax. 305-445-1181
Email: ireyes@reyeslawyers.com

*Counsel for the Plaintiff*
*(Pro Hac Vice)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been electronically filed with this Court via CM/ECF and was furnished on May 10, 2021 to all counsel of record on the service list via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive notices of filings electronically.

*/s/ L. Lin Wood, Jr.*