## hUNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF GEORGIA**
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**　　　　　　　　　　　　　　　　　　　　　　　　　　**DOCKETING SECTION**
**DISTRICT COURT EXECUTIVE**　　　　　　　　　　　　　　　　　　　　404-215-1655
 AND **CLERK OF COURT**

　　　　　　　　　　　　　　　　　　　May 10, 2021

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia    30303

　　　　**U.S.D.C. No.:** 1:21-cv-1169-TCB
　　　　**U.S.C.A. No.:** 00-00000-00
　　　　**In re:**　　　L. Lin Wood, Jr. v. Paula J. Frederick et al

　　Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified Notice of Appeal, Orders, Clerk's Judgment and Docket Sheet appealed enclosed.** |
| ☐ | This is not the first notice of appeal. Other notices were filed on: . |
| **X** | **There is no transcript.** |
| ☐ | The court reporter is . |
| ☐ | There is sealed material as described below: . |
| ☐ | Other: . |
| **X** | **Fees paid electronically on 5/10/21. (Receipt# AGANDC-10962560)** |
| ☐ | Appellant has been   to proceed *in forma pauperis*. |
| ☐ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| ☐ | The Magistrate Judge . |
| **X** | **The District Judge is Timothy C. Batten, Sr.** |
| ☐ | This is a **DEATH PENALTY** appeal. |

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　James N. Hatten
　　　　　　　　　　　　　　　　　　　　　　　District Court Executive
　　　　　　　　　　　　　　　　　　　　　　　and Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　By:　/s/P. McClam
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosures