# hUnited States District Court

## Northern District of Georgia
### 2211 United States Courthouse
### 75 Ted Turner Drive, SW
### Atlanta, Georgia 30303-3361

**JAMES N. HATTEN**  
**DISTRICT COURT EXECUTIVE**  
 **AND CLERK OF COURT**

Docketing Section  
404-215-1655

May 10, 2021

Clerk's Office  
U.S. Court of Appeals  
Eleventh Circuit  
56 Forsyth Street, NW  
Atlanta, Georgia    30303

      **U.S.D.C. No.: 1:21-cv-1169-TCB**  
      **U.S.C.A. No.: 00-00000-00**  
      **In re:**     L. Lin Wood, Jr. v. Paula J. Frederick et al

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified Notice of Appeal, Orders, Clerk's Judgment and Docket Sheet appealed enclosed.** |
|   | This is not the first notice of appeal. Other notices were filed on: . |
| **X** | **There is no transcript.** |
|   | The court reporter is . |
|   | There is sealed material as described below: . |
|   | Other: . |
| **X** | **Fees paid electronically on 5/10/21. (Receipt# AGANDC-10962560)** |
|   | Appellant has been   to proceed *in forma pauperis*. |
|   | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
|   | The Magistrate Judge . |
| **X** | **The District Judge is Timothy C. Batten, Sr.** |
|   | This is a **DEATH PENALTY** appeal. |

                                      Sincerely,

                                      James N. Hatten  
                                      District Court Executive  
                                      and Clerk of Court

                                 By:   /s/P. McClam  
                                         Deputy Clerk

Enclosures

4months,APPEAL,SUBMDJ

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:21−cv−01169−TCB

Wood v. Frederick et al  
Assigned to: Judge Timothy C. Batten, Sr.  
Cause: 42:1983 Civil Rights Act

Date Filed: 03/23/2021  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**L. Lin Wood, Jr.**     represented by     **Ibrahim Reyes**  
Reyes Lawyers, PA  
236 Valencia Avenue  
Coral Gables, FL 33134  
305−218−0982  
Fax: 305−445−1181  
Email: ireyes@reyeslawyers.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**  
L. Lin Wood, P.C.  
P.O. Box 52584  
Atlanta, GA 30355−0584  
404−891−1402  
Fax: 404−506−9111  
Email: lwood@linwoodlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Larry L. Crain**  
Crain, Schuette & Associates  
5214 Maryland Way  
Suite 402  
Brentwood, TN 37027  
615−376−2600  
Fax: 615−345−6009  
Email: larry@csafirm.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Paula J. Frederick**     represented by     **Patrick Nish Arndt**  
Nall & Miller, LLP

>North Tower, Suite 1500
>235 Peachtree St., NE
>Atlanta, GA 30303–1401
>404–522–2200
>Email: parndt@nallmiller.com
>*ATTORNEY TO BE NOTICED*
>
>**Robert L. Goldstucker**
>Nall & Miller, LLP
>North Tower, Suite 1500
>235 Peachtree St., NE
>Atlanta, GA 30303–1401
>404–522–2202
>Email: bgoldstucker@nallmiller.com
>*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Connie S. Cooper** | represented by | **Patrick Nish Arndt** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Robert L. Goldstucker** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Jeffrey R. Harris** | represented by | **Patrick Nish Arndt** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Robert L. Goldstucker** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Casey Carter Santas** | represented by | **Patrick Nish Arndt** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Robert L. Goldstucker** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Patricia F. Ammari** | represented by | **Patrick Nish Arndt** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Robert L. Goldstucker** (See above for address) |

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |

**Defendant**

| Kayla E. Cooper | represented by | **Patrick Nish Arndt** (See above for address) *ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Robert L. Goldstucker** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| Elizabeth L. Fite | represented by | **Patrick Nish Arndt** (See above for address) *ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Robert L. Goldstucker** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| Ellissa B. Haynes | represented by | **Patrick Nish Arndt** (See above for address) *ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Robert L. Goldstucker** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| Margaret W. Sigman Puccini | represented by | **Patrick Nish Arndt** (See above for address) *ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Robert L. Goldstucker** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| Sherry Boston | represented by | **Patrick Nish Arndt** (See above for address) *ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Robert L. Goldstucker** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| Elizabeth Pool O'Neal | represented by | **Patrick Nish Arndt** |
|---|---|---|

|  |  |  |
|---|---|---|
|  |  | (See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Robert L. Goldstucker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **David F. Richards** | represented by | **Patrick Nish Arndt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Robert L. Goldstucker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Jennifer D. Ward** | represented by | **Patrick Nish Arndt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Robert L. Goldstucker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Michael Fuller, Sr.** | represented by | **Patrick Nish Arndt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Robert L. Goldstucker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Jennifer Elizabeth Dunlap** | represented by | **Patrick Nish Arndt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Robert L. Goldstucker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Christian J. Steinmetz, III** | represented by | **Patrick Nish Arndt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Robert L. Goldstucker**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**Defendant**

Brandon L. Peak  represented by  **Patrick Nish Arndt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert L. Goldstucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Tomieka Daniel  represented by  **Patrick Nish Arndt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert L. Goldstucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Christopher Sutton Connelly  represented by  **Patrick Nish Arndt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert L. Goldstucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Melody Glouton  represented by  **Patrick Nish Arndt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert L. Goldstucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dawn Jones**
*each in their individual and official capacities*  represented by  **Patrick Nish Arndt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert L. Goldstucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 03/23/2021 | 1 | | COMPLAINT with Jury Demand (Filing fee $402, receipt number AGANDC–10846263) filed by L. Lin Wood, Jr. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Civil Cover Sheet)(dmb) Please visit our website at http://www.gand.uscourts.gov/commonly–used–forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 03/25/2021) |
| 03/25/2021 | 2 | | Electronic Summons Issued as to Patricia F. Ammari. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 3 | | Electronic Summons Issued as to Sherry Boston. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 4 | | Electronic Summons Issued as to Christopher Sutton Connelly. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 5 | | Electronic Summons Issued as to Connie S. Cooper. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 6 | | Electronic Summons Issued as to Tomieka Daniel. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 7 | | Electronic Summons Issued as to Jennifer Elizabeth Dunlap. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 8 | | Electronic Summons Issued as to Elizabeth L. Fite. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 9 | | Electronic Summons Issued as to Paula J. Frederick. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 10 | | Electronic Summons Issued as to Michael Fuller, Sr.. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 11 | | Electronic Summons Issued as to Melody Glouton. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 12 | | Electronic Summons Issued as to Jeffrey R. Harris. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 13 | | Electronic Summons Issued as to Ellissa B. Haynes. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 14 | | Electronic Summons Issued as to Dawn Jones. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 15 | | Electronic Summons Issued as to Kayla E. Cooper. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 16 | | Electronic Summons Issued as to Elizabeth Pool O'Neal. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 17 | | Electronic Summons Issued as to Brandon L. Peak. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 18 | | Electronic Summons Issued as to Margaret W. Sigman Puccini. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 19 | | Electronic Summons Issued as to David F. Richards. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 20 | | Electronic Summons Issued as to Casey Carter Santas. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 21 | | Electronic Summons Issued as to Christian J. Steinmetz, III. (dmb) (Entered: 03/25/2021) |

| | | | |
|---|---|---|---|
| 03/25/2021 | 22 | | Electronic Summons Issued as to Jennifer D. Ward. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 23 | | ELEVENTH AMENDMENT TO GENERAL ORDER 20−01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID−19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 3/9/2021. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | | | Submission of 1 Complaint to District Judge Timothy C. Batten Sr. (dmb) (Entered: 03/25/2021) |
| 03/25/2021 | 24 | | APPLICATION for Admission of Ibrahim Reyes Pro Hac Vice (Application fee $ 150, receipt number AGANDC−10855498). with Brief In Support by L. Lin Wood, Jr. (Wood, L.) Documents for this entry are not available for viewing outside the courthouse. (Entered: 03/25/2021) |
| 03/25/2021 | 25 | | APPLICATION for Admission of Larry Lamont Crain Pro Hac Vice (Application fee $ 150, receipt number AGANDC−10855503). with Brief In Support by L. Lin Wood, Jr. (Wood, L.) Documents for this entry are not available for viewing outside the courthouse. (Entered: 03/25/2021) |
| 03/29/2021 | 26 | | MOTION to Disqualify Judge with Brief In Support by L. Lin Wood, Jr. (Wood, L.) (Entered: 03/29/2021) |
| 03/29/2021 | | | APPROVAL by Clerks Office re: 24 APPLICATION for Admission of Ibrahim Reyes Pro Hac Vice (Application fee $ 150, receipt number AGANDC−10855498). Attorney Ibrahim Reyes added appearing on behalf of L. Lin Wood, Jr. (cdg) Modified on 3/29/2021 to edit docket text(cdg). (Entered: 03/29/2021) |
| 03/29/2021 | 27 | | MOTION for Preliminary Injunction by L. Lin Wood, Jr. (Wood, L.) (Entered: 03/29/2021) |
| 03/29/2021 | | | APPROVAL by Clerks Office re: 25 APPLICATION for Admission of Larry Lamont Crain Pro Hac Vice (Application fee $ 150, receipt number AGANDC−10855503). Attorney Larry L. Crain added appearing on behalf of L. Lin Wood, Jr. (cdg) Modified on 3/29/2021 to edit docket text. (Entered: 03/29/2021) |
| 03/29/2021 | 28 | | NOTICE Of Filing Affidavit of L. Lin Wood, Jr. by L. Lin Wood, Jr re 27 MOTION for Preliminary Injunction (Attachments: # 1 Affidavit Affidavit of L. Lin Wood, Jr., # 2 Exhibit Exhibit A to Affidavit of L. Lin Wood)(Wood, L.) (Entered: 03/29/2021) |
| 03/29/2021 | 29 | | NOTICE Of Filing Memorandum in Support by L. Lin Wood, Jr re 27 MOTION for Preliminary Injunction (Attachments: # 1 Brief Memorandum in Support of Motion for Preliminary Injunction)(Wood, L.) (Entered: 03/29/2021) |
| 03/29/2021 | 30 | | NOTICE Of Filing Appendix of Exhibits in Support of Motion for Preliminary Injunction by L. Lin Wood, Jr re 27 MOTION for Preliminary Injunction (Attachments: # 1 Appendix Vol. 1, # 2 Appendix Vol. 2, # 3 Appendix Vol. 3)(Wood, L.) (Entered: 03/29/2021) |
| 03/30/2021 | 31 | | NOTICE Of Filing Amended Affidavit of L. Lin Wood by L. Lin Wood, Jr re 27 MOTION for Preliminary Injunction (Attachments: # 1 Affidavit of L. Lin Wood (Amended), # 2 Exhibit A to Affidavit of L. Lin Wood)(Wood, L.) |

| | | |
|---|---|---|
| | | (Entered: 03/30/2021) |
| 03/31/2021 | | MINUTE ORDER granting 24 and 25 Application for Admission Pro Hac Vice. Entered by CRD at the direction of Judge Timothy C. Batten, Sr. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(usw) (Entered: 03/31/2021) |
| 03/31/2021 | | Submission of 27 MOTION for Preliminary Injunction , 26 MOTION to Disqualify Judge , to District Judge Timothy C. Batten Sr.. (dmb) (Entered: 03/31/2021) |
| 04/15/2021 | 32 | WAIVER OF SERVICE Returned Executed by L. Lin Wood, Jr. All Defendants. (Wood, L.) (Entered: 04/15/2021) |
| 04/22/2021 | 33 | MOTION to Expedite CONSIDERATION OF MOTION FOR JUDICIAL DISQUALIFICATION AND/OR RECUSAL OF THE DISTRICT JUDGE ASSIGNED TO THE CASE with Brief In Support by L. Lin Wood, Jr. (Attachments: # 1 Exhibit A – Letter from Steinmetz to Wood)(Wood, L.) (Entered: 04/22/2021) |
| 05/03/2021 | 34 | MOTION to Dismiss with Brief In Support by Patricia F. Ammari, Sherry Boston, Casey Carter Santas, Christopher Sutton Connelly, Connie S. Cooper, Kayla E. Cooper, Tomieka Daniel, Jennifer Elizabeth Dunlap, Elizabeth L. Fite, Paula J. Frederick, Michael Fuller, Sr, Melody Glouton, Jeffrey R. Harris, Ellissa B. Haynes, Dawn Jones, Elizabeth Pool O'Neal, Brandon L. Peak, David F. Richards, Margaret W. Sigman Puccini, Christian J. Steinmetz, III, Jennifer D. Ward. (Attachments: # 1 Exhibit A–Verified Complaint, # 2 Exhibit B–Revocation of Pro Hac Vice Admission DE, # 3 Exhibit C–Daily Beast Article with Wood Tweets Trumpist Lawyer Lin Wood Casually Suggests Chief Justice John R. Roberts is a Murderous Pedophile, # 4 Exhibit D–HRC Telegram Post, # 5 Exhibit E–Pence Telegram Post, # 6 Exhibit F–Scalia Telegram Post, # 7 Exhibit G–In Re Lin Wood–GA Supreme Court – Verified Petition for Stay of Bar Proceedings, # 8 Exhibit H–Wood–GA Supreme Court Dismissal, # 9 Text of Proposed Order I–Proposed Order)(Arndt, Patrick) (Entered: 05/03/2021) |
| 05/03/2021 | 35 | RESPONSE in Opposition re 27 MOTION for Preliminary Injunction filed by Patricia F. Ammari, Sherry Boston, Casey Carter Santas, Christopher Sutton Connelly, Connie S. Cooper, Kayla E. Cooper, Tomieka Daniel, Jennifer Elizabeth Dunlap, Elizabeth L. Fite, Paula J. Frederick, Michael Fuller, Sr, Melody Glouton, Jeffrey R. Harris, Ellissa B. Haynes, Dawn Jones, Elizabeth Pool O'Neal, Brandon L. Peak, David F. Richards, Margaret W. Sigman Puccini, Christian J. Steinmetz, III, Jennifer D. Ward. (Attachments: # 1 Exhibit A–Notice of Investigation to Wood–State Disciplinary Board grievance, # 2 Exhibit B–Grievance, # 3 Exhibit C–Verified Complaint, # 4 Exhibit D–Transcript of 2019–09–30 – Recorded Conversation, # 5 Exhibit E–Transcribed VM, # 6 Exhibit F–Transcribed VM 2020–02–17–07.27 am Voicemail, # 7 Exhibit G–Transcribed VM 2020–03–03–22.30 pm Voicemail, # 8 Exhibit H–Transcript of 2020–02–13–Recorded Conversation, # 9 Exhibit I– Email, # 10 Exhibit J–Revocation of Pro Hac Vice Admission DE, # 11 Exhibit K–Daily Beast Article with Wood Tweets Trumpist Lawyer Lin Wood Casually Suggests Chief Justice John Roberts is a Murderous Pedophile, # 12 Exhibit L–HRC Telegram Post, # 13 Exhibit M–Pence Telegram Post, # 14 |

| | | | |
|---|---|---|---|
| | | | Exhibit N–Scalia Telegram Post, # 15 Exhibit O–Frederick to Wood Requesting Consent to Confidential Evaluation 2.11.21, # 16 Exhibit P–Frederick 2–19–21 Letter to Wood re Extension)(Arndt, Patrick) (Entered: 05/03/2021) |
| 05/03/2021 | 36 | | Certificate of Interested Persons by Patricia F. Ammari, Sherry Boston, Casey Carter Santas, Christopher Sutton Connelly, Connie S. Cooper, Kayla E. Cooper, Tomieka Daniel, Jennifer Elizabeth Dunlap, Elizabeth L. Fite, Paula J. Frederick, Michael Fuller, Sr, Melody Glouton, Jeffrey R. Harris, Ellissa B. Haynes, Dawn Jones, Elizabeth Pool O'Neal, Brandon L. Peak, David F. Richards, Margaret W. Sigman Puccini, Christian J. Steinmetz, III, Jennifer D. Ward. (Arndt, Patrick) (Entered: 05/03/2021) |
| 05/03/2021 | 37 | | RESPONSE re 26 MOTION to Disqualify Judge *and/or Recusal* filed by Patricia F. Ammari, Sherry Boston, Casey Carter Santas, Christopher Sutton Connelly, Connie S. Cooper, Kayla E. Cooper, Tomieka Daniel, Jennifer Elizabeth Dunlap, Elizabeth L. Fite, Paula J. Frederick, Michael Fuller, Sr, Melody Glouton, Jeffrey R. Harris, Ellissa B. Haynes, Dawn Jones, Elizabeth Pool O'Neal, Brandon L. Peak, David F. Richards, Margaret W. Sigman Puccini, Christian J. Steinmetz, III, Jennifer D. Ward. (Arndt, Patrick) (Entered: 05/03/2021) |
| 05/03/2021 | 38 | | ORDER Setting Hearing on Motion 34 MOTION to Dismiss, 33 MOTION to Expedite CONSIDERATION OF MOTION FOR JUDICIAL DISQUALIFICATION AND/OR RECUSAL OF THE DISTRICT JUDGE ASSIGNED TO THE CASE, 27 MOTION for Preliminary Injunction, 26 MOTION to Disqualify Judge: Motion Hearing set for 5/13/2021 at 10:00 AM in ATLA Courtroom 2106 before Judge Timothy C. Batten Sr. Plaintiff is directed to file his reply briefs in support of his motion to Preliminary Injunction and Motion for Disqualification by 5/7/2021 at 5:00pm and his response to the Motion to Dismiss by 5/10/2021 at 9:00am. Defendant shall file the reply brief by 5/12/2021 at 9:00am. Signed by Judge Timothy C. Batten, Sr. on 5/3/2021. (dmb) (Entered: 05/04/2021) |
| 05/04/2021 | | | Clerks Notation re 36 Certificate of Interested Persons. Reviewed and approved by Judge Timothy C. Batten, Sr. (usw) (Entered: 05/04/2021) |
| 05/05/2021 | 39 | | MOTION for Reconsideration re 38 Order Setting Hearing on Motion,, with Brief In Support by L. Lin Wood, Jr. (Attachments: # 1 Exhibit A – Email)(Wood, L.) (Entered: 05/05/2021) |
| 05/06/2021 | 40 | | ORDER denying 39 Motion for Reconsideration. Signed by Judge Timothy C. Batten, Sr. on 5/6/2021. (dmb) (Entered: 05/06/2021) |
| 05/07/2021 | 41 | | NOTICE of Appearance by Robert L. Goldstucker on behalf of Patricia F. Ammari, Sherry Boston, Casey Carter Santas, Christopher Sutton Connelly, Connie S. Cooper, Kayla E. Cooper, Tomieka Daniel, Jennifer Elizabeth Dunlap, Elizabeth L. Fite, Paula J. Frederick, Michael Fuller, Sr, Melody Glouton, Jeffrey R. Harris, Ellissa B. Haynes, Dawn Jones, Elizabeth Pool O'Neal, Brandon L. Peak, David F. Richards, Margaret W. Sigman Puccini, Christian J. Steinmetz, III, Jennifer D. Ward (Goldstucker, Robert) (Entered: 05/07/2021) |
| 05/07/2021 | 42 | | REPLY to Response to Motion re 26 MOTION to Disqualify Judge filed by L. Lin Wood, Jr. (Attachments: # 1 Exhibit A – Email)(Wood, L.) (Entered: 05/07/2021) |

| 05/07/2021 | 43 | | REPLY to Response to Motion re 27 MOTION for Preliminary Injunction filed by L. Lin Wood, Jr. (Attachments: # 1 Exhibit A – State Bar Letter 02.11.2021, # 2 Exhibit B – AJC Article, # 3 Exhibit C – State Bar Warning to Filers, # 4 Exhibit D – Closing of Grievances of Out of State Filers, # 5 Exhibit E – Judge Karsnitz Order, # 6 Exhibit F – Governor Kemp on New Election Laws, # 7 Exhibit G – ABA Journal Article, # 8 Exhibit H – Order Dismissing Petition for Stay)(Wood, L.) (Entered: 05/07/2021) |
| --- | --- | --- | --- |
| 05/10/2021 | 44 | | RESPONSE re 34 MOTION to Dismiss filed by L. Lin Wood, Jr. (Attachments: # 1 Exhibit A – Order)(Wood, L.) (Entered: 05/10/2021) |
| 05/10/2021 | | | Submission of 27 MOTION for Preliminary Injunction , 26 MOTION to Disqualify Judge to District Judge Timothy C. Batten Sr. (dmb) (Entered: 05/10/2021) |
| 05/10/2021 | 45 | | ORDER denying as moot 33 Motion to Expedite; denying 26 Motion to Disqualify Judge. Signed by Judge Timothy C. Batten, Sr. on 5/10/2021. (dmb) (Entered: 05/10/2021) |
| 05/10/2021 | 46 | | NOTICE OF APPEAL as to 40 Order on Motion for Reconsideration, 45 Order on Motion to Expedite, Order on Motion to Disqualify Judge by L. Lin Wood, Jr. Filing fee $ 505, receipt number AGANDC–10962560. Transcript Order Form due on 5/24/2021 (Wood, L.) (Entered: 05/10/2021) |
| 05/10/2021 | 47 | | NOTICE Of Filing by L. Lin Wood, Jr re 44 Response to Motion (Attachments: # 1 Brief Plaintiff's Corrected Response to Defendants' Motion to Dismiss)(Wood, L.) (Entered: 05/10/2021) |
| 05/10/2021 | 48 | | USCA Appeal Transmission Letter to 11th Circuit re: 46 Notice of Appeal, filed by L. Lin Wood, Jr. (pjm) (Entered: 05/10/2021) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>PAULA J. FREDERICK, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-1169-TCB |

## **O R D E R**

Plaintiff Lin Wood has filed a motion [39] for reconsideration on the expedited briefing and hearing schedule. The purpose of the expedited schedule is to accommodate *Wood's* desire to move the case expeditiously and try to issue a ruling before May 14, as he indicated that that date was important. *See* [33] at 3 (referring to a letter indicating that Wood's situation would be discussed at the State Bar of Georgia's May 14 meeting and stating that "time is of the essence for Plaintiff L. Lin Wood, Jr., or he will be severely prejudiced in his ability

to set a hearing on his motion for preliminary injunction prior to the threatened further action by the State Disciplinary Board").

And the Court has the authority and discretion to expedite deadlines for briefing when necessary, as is the case here. Wood's motion for reconsideration is therefore denied.

IT IS SO ORDERED this 6th day of May, 2021.

Timothy C. Batten, Sr.
United States District Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

L. LIN WOOD, JR.,

    Plaintiff,

v.

PAULA J. FREDERICK, et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:21-cv-1169-TCB

## **O R D E R**

Plaintiff L. Lin Wood, Jr. has sued the members of the Disciplinary Board of the State Bar of Georgia, who have initiated an investigation into his professional conduct and mental fitness to practice law. Wood contends that the investigation is based on his political views and lawsuits he filed challenging the results of the 2020 Presidential election. Two of those lawsuits were before this Court. In this action, Wood seeks declaratory and injunctive relief, contending that Defendants' actions violate his constitutional rights.

Based on the earlier lawsuits over which this Court presided, Wood has filed a motion [26] for judicial disqualification and/or recusal. He also has filed a motion [33] for expedited consideration of his motion for disqualification, contending that Defendant Chris Steinmetz intends to report on Wood's situation at the State Bar's May 14 meeting.

The Court will deny Wood's motion for disqualification or recusal. In large part, Wood's motion is based on his indication that he intends to call the undersigned as a witness to testify at a State Bar proceeding with respect to how Wood handled his earlier cases in this Court but cannot do so without recusal. However, information learned in court proceedings is not grounds for recusal. *See United States v. Bailey*, 175 F.3d 966, 969 (11th Cir. 1999).

Further, the Court agrees with Wood's assertion that it never sanctioned Wood for inappropriate or unprofessional conduct or otherwise took action or filed a complaint that would call Wood's professional conduct or mental stability into question based on Wood's 2020 cases in this Court. This obviates the need for the undersigned to testify as a witness.

Finally, nothing in the Court's handling of Wood's earlier cases would lead to impartiality, prejudice, or bias that would require recusal. The motion to expedite is denied as moot.

Wood's motions [26, 33] are denied.

IT IS SO ORDERED this 10th day of May, 2021.

_____
Timothy C. Batten, Sr.
United States District Judge

3

15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**L. LIN WOOD, JR.,**

    Plaintiff,

v.

**PAULA J. FREDERICK, et al.,**

    Defendants.
_____/

CASE NO.
L.T. No. 1:21-cv-1169-TCB

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, L. LIN WOOD, JR., pursuant to Federal Rule of Appellate Procedure 4, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an Order dated May 10, 2021 [DE 45], denying Plaintiff's Motion for Judicial Disqualification and/or Recusal [DE 26], Motion for Expedited Consideration of the Motion for Disqualification [DE 33], and Plaintiff's Reply to Defendants' Response to the Motion for Disqualification [DE 42].

                              Respectfully submitted,

By:   */s/ L. Lin Wood, Jr.*
       **L. LIN WOOD, JR., Esq.**
       State Bar No. 774588
       P.O. Box 52584
       Atlanta, GA 30355-0584
       Tel. 404-572-6600
       Fax. 404-506-9111
       Email: lwood@linwoodlaw.com

/s/ Ibrahim Reyes
Ibrahim Reyes, Esq.
Florida Bar No. 581798
REYES LAWYERS, P.A.
236 Valencia Avenue
Coral Gables, FL 33134
Tel. 305-445-0011
Fax. 305-445-1181
Email: ireyes@reyeslawyers.com

*Counsel for the Plaintiff*
*(Pro Hac Vice)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been electronically filed with this Court via CM/ECF and was furnished on May 10, 2021 to all counsel of record on the service list via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive notices of filings electronically.

*/s/ L. Lin Wood, Jr.*