# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

L. LIN WOOD, JR.,

    Plaintiff,

v.                                                                  CASE NO. 1:21-CV-1169-TCB

PAULA J. FREDERICK, et. al.,

    Defendants.

_____/

## AFFIDAVIT OF L. LIN WOOD, JR.

I, L. Lin Wood, Jr., being duly sworn, depose and state as follows:

1. My name is L. Lin Wood. I am over 18 years of age and of sound mind, and I am capable of making this affidavit. I submit this affidavit in support of Plaintiff's the Motion to Continue May 13, 2021 hearing. I have personal knowledge of the facts set forth herein, and, if called to testify about those facts, I could and would do so competently and under oath.

2. I am a licensed attorney in the State of Georgia and have been practicing law in the state for 43 years. In 1997, I formed L. Lin Wood, P.C. ("LLW PC"), a professional corporation registered to transact business in Georgia, in September of 1997 for the purpose of conducting my law practice. I am and always have been the President and sole owner and partner of LLW PC.

2 | Page

3. I am currently a resident of South Carolina. I changed my residency from Georgia to South Carolina on February 1, 2021.

4. On May 3, 2021, this Court entered an Order setting an expedited briefing schedule, as well as a hearing date on the complaint and pending motions, for Thursday, May 13, at 10:00 a.m. in the United States Courthouse in Atlanta, Georgia.

5. On May 6, 2021, this Court denied Plaintiff's motion for reconsideration of the scheduling order.

6. Plaintiff has duly complied with the Court's Order and has timely submitted the reply to Defendants' response to the motion for preliminary injunction and the response to the motion for disqualification, as required by Friday, May 7, at 5:00 p.m., as well as the response to Defendants' motion to dismiss.

7. Plaintiff, however, has a conflict and is unavailable for the scheduled hearing on Thursday, May 13, 2021 in Atlanta, Georgia.

8. Plaintiff has a previously scheduled engagement in Mullins, South Carolina with the Marion County Republican Party and is unable to attend the presently scheduled hearing in Georgia on May 13.

9. This Court should be apprised that the State Bar of Georgia has agreed to postpone the May 14th meeting, which this Court indicated was the basis for the expedited hearing.

10. Plaintiff has also agreed to meet personally with the State Bar grievance investigator during the week of May 17, 2021, to respond to any and all pertinent questions.

11. Plaintiff respectfully would request this Court postpone and/or continue the presently scheduled hearing, until the conclusion of Plaintiff's interview with the State Bar of Georgia.

12. Plaintiff submits that this affidavit and his request for a continuance is made in good faith, and not for purposes of delay.

**FURTHER AFFIANT SAYETH NOT.**

_____
L. Lin Wood, Jr.

Sworn to and subscribed before me

This 10th day of May, 2021

_____
Notary Public  exp. 3/4/2025

[Notary Seal: KIMBERLY BENNETT, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA]