IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

L. LIN WOOD, JR.,

      Plaintiff,

v.

PAULA J. FREDERICK, et al.,

      Defendants.

CIVIL ACTION FILE

NO. 1:21-cv-1169-TCB

## O R D E R

Plaintiff L. Lin Wood, Jr.'s motion [50] to stay the hearing currently scheduled for Thursday, May 13, is granted. The Court will reschedule the hearing at a later date.

IT IS SO ORDERED this 11th day of May, 2021.

Timothy C. Batten, Sr.
United States District Judge