# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **L. LIN WOOD,**<br>    **Plaintiff,**<br><br>v.<br><br>**PAULA J. FREDERICK, CONNIE S. COOPER, JEFFREY R. HARRIS, CASEY CARTER SANTAS, PATRICIA F. AMMARI, KAYLA E. COOPER, ELIZABETH L. FITE, ELISSA B. HAYNES, MARGARET W. SIGMAN PUCCINI, SHERRY BOSTON, ELIZABETH POOL O'NEAL, DAVID F. RICHARDS, JENNIFER D. WARD, MICHAEL FULLER, SR., JENNIFER ELIZABETH DUNLAP, CHRISTIAN J. STEINMETZ, III, BRANDON L. PEAK, TOMIEKA DANIEL, CHRISTOPHER SUTTON CONNELLY, MELODY GLOUTON, and DAWN JONES,**<br><br>    **Defendants.** | CIVIL ACTION FILE<br><br>NO.: 1:21-CV-01169-TCB<br><br>[PROPOSED] ORDER ON DEFENDANTS' MOTION TO STAY DISCOVERY AND PRELIMINARY OBLIGATIONS |

This matter is before the Court on Defendants' *Motion to Stay Discovery and Preliminary Obligations*. After a review of all relevant pleadings, the Court finds as follows:

In order to preserve public and private resources, the Court ORDERS that no party is obligated to make initial disclosures, submit a joint

EXHIBIT "A"

preliminary report and discovery plan, respond to any discovery request, or appear for any deposition.

If Defendants' *Motion to Dismiss* is denied, the parties will have 30 days from the entry of the denial to make initial disclosures, respond to any discovery requests, and submit a joint preliminary report and discovery plan.

This _____ day of _____, 2021.

_____
The Honorable Timothy C. Batten, Sr.
United States District Judge

897685v.1