## Exhibit A

Other than the parties in this case, Defendants state that the following individuals may have discoverable information about this matter:

1. Joe Palazzo

2. Aruna Viswanatha

3. Jan Wolfe

4. David Thomas

5. Alan Judd

6. Records custodian of Parler

7. Records custodian of Twitter

8. Records custodian of Telegram

9. Jonathan Grunberg

10. Nicole Wade

11. Taylor Wilson