## Exhibit B

Defendants list the following documents to support its defenses in this matter:

**1. The Grievance and supporting documents, which were sent to Lin Wood on February 5, 2021.**

**Exhibit A –** *King, et al v Whitmer, et al* **– Complaint for Declaratory, Emergency & Permanent Injunctive Relief**

**Exhibit B -** *King, et al v Whitmer, et al* **– First Amended Complaint for Declaratory, Emergency & Permanent Injunctive Relief**

**Exhibit C –** *King, et al v Whitmer, et al***. - Plaintiff's Emergency Motion for Declaratory, Emergency & Permanent Injunctive Relief**

**Exhibit D –** *King, et al v Whitmer, et al* **Opinion and Order Denying Plaintiff's Emergency Motion for Declaratory, Emergency & Permanent Injunctive Relief**

**Exhibit E –** *King, et al v Whitmer, et al* **Intervenor/Defendant City of Detroit's Motion for Sanctions For Disciplinary Action, For Disbarment Referral and For referral to State Bar Disciplinary Bodies w/ Supporting Brief**

**Exhibit F –** *King, et al v Whitmer, et al* **Plaintiff's Opposition to City of Detroit's Motion for Sanctions For Disciplinary Action, For Disbarment Referral and For referral to State Bar Disciplinary Bodies and To Defendants Whitmer and Benson's Concurrence**

**Exhibit G –** *King, et al v Whitmer, et al* **City of Detroit's Reply in Support of Motion for Sanctions For Disciplinary Action, For Disbarment Referral and For referral to State Bar Disciplinary Bodies**
    **Exhibit 1   Jan. 14, 2021** *Washington Post* **article**
    **Exhibit 2   Ashli Babbitt Retweet**
    **Exhibit 3   Jan 21, 2021 AP Article**
    **Exhibit 4   Lin Wood Parler Post**
    **Exhibit 5   Lin Wood Parler Post**
    **Exhibit 6   Sidney Powell Retweet**
    **Exhibit 7   Sidney Powell Retweet**
    **Exhibit 8   Lin Wood Parler Post**
    **Exhibit 9   Jan. 6, 2021 Mashable Article**

Exhibit 10   Lin Wood Parler Post
Exhibit 11   Lin Wood Parler Post
Exhibit 12   Plaintiffs' Petition for Writ of Certiorari in the Supreme Court of the United States
Exhibit 13   John R. Lott, Jr. Tweet
Exhibit 14   Nov. 5, 2020 MLive Article
Exhibit 15   Eggers, Garro, and Grimmer Jan 8, 2021 Article
Exhibit 16   Nov. 6, 2020 Michigan Court of Claims Opinion and Order (*Trump, et al. v Benson, et al.*)
Exhibit 17   Jan. 11, 2021 Superior Court for the State of Delaware Opinion and Order  (*Page v Oath, Inc.*) *(re revocation of Wood's pro hac vice)*

**Exhibit H-** *Pearson, et al. v Kemp, et al.*- **Complaint for Declaratory, Emergency and Permanent Injunctive Relief**

**Exhibit I -** *Pearson, et al. v Kemp, et al.*  **Appeal to US Court of Appeals**

**Exhibit J –** *Feehan, et al. v Wisconsin Elections Commission, et al.* **– Complaint for Declaratory, Emergency and Permanent Injunctive Relief**

**Exhibit K -** *Feehan, et al. v Wisconsin Elections Commission, et al.* **– Order Granting Defendants' Motion to Dismiss, Denying as Moot Plaintiff's Amended Motion for Injunctive Relief And Dismissing Case**

**Exhibit L –** *Bowyer, et al. v Ducey, et al.* **– Complaint for Declaratory, Emergency and Permanent Injunctive Relief**

**Exhibit M -** *Bowyer, et al. v Ducey, et al.* **– Order Granting Defendants' Motion to Dismiss**

**Exhibit N –** *Liberte v Reid* **– Defendant Joy Reid's Memo in Support of her Motion to Revoke L. Lin Wood's** *pro hac vice* **Admission w/ attachments Notice of Motion**

**Exhibit O-** *Liberte v Reid* **– Transcript of Civil Cause for Telephone Conference Before Hon Vera Scanlon**

**Declaration on John Reichman in Support of Motion to Revoke Wood's** *pro hac vice* **admission**
**Exhibit A**   *Wade, et al. v Lin Wood, et al.* **Verified Complaint**

**Exhibit AA**  Washington Post Article *Three Ways the Media Ca Vanquish the Big Lie that will Linger even after Trump is gone*

**Exhibit B**  Virtual Investigations Article *How a Presidential RallyTurned into a Capitol Rampage*

**Exhibit C**  The New Yorker Article *Among the Insurrectionists*

**Exhibit D**  Law & Crime Article *Ashli Babbitt Re-tweeted Lin Wood the Day she Died*

**Exhibit E**  The Far Right/The Guardian *Capitol Attackers have long threatened violence in rural American west*

**Exhibit F**  The Washington Post *A mob insurrection stoked by false claims of election fraud and promises of violent restoration*

**Exhibit G**  CBS News Report *What is the QAnon Conspiracy Therory?*

**Exhibit H**  BBC News Report *Trump Riots: 65 days that led to chaos at the Capitol*

**Exhibit HH**  Atlanta Postcard Article – *A Trump Holdout in Atlanta*

**Exhibit I**  CNN News Report – *Man seen hanging off Senate balcony and sitting in Vice President's Chair during Capitol riot is in custody*

**Exhibit J**  The New Yorker Article – *A Reporter's Footage from Inside the Capitol Siege*

**Exhibit K**  *Liberte v Reid* – Transcript of Civil Cause for Telephone Conference Before Hon Vera Scanlon

**Exhibit L**  The Washington Post Article *How Online rage and real world violence collided in Capitol siege*

**Exhibit M**  New York Times Article *Amazon, Apple & Google cut off Parlar, an App that drew Trump Supporters*

**Exhibit MM**  Fox News Article *Secret Service Investigating Death Threats against Pence*

**Exhibit N**  *Feehan v Wisconsin Elections Commission, et al.* Complaint for Declaratory, Emergency & Permanent Injunctive Relief

**Exhibit O**  *Feehan, et al. v Wisconsin Elections Commission, et al.* – Order Granting Defendants' Motion to Dismiss, Denying as Moot Plaintiff's Amended Motion for Injunctive Relief And Dismissing Case

**Exhibit P**  *Pearson, et al. v Kemp, et al.*- Complaint for Declaratory, Emergency and Permanent Injunctive Relief

**Exhibit Q**  *Pearson, et al. v Kemp, et al.* – Minute Sheet for Proceedings held in open Court

**Exhibit R**  *King, et al v Whitmer, et al* – Complaint for Declaratory, Emergency & Permanent Injunctive Relief

| | |
|---|---|
| Exhibit S | *King, et al. v Whitmer, et al.* - Opinion and Order Denying Plaintiff's Emergency Motion for Declaratory, Emergency & Permanent Injunctive Relief |
| Exhibit T | *Wood v Raffensberger, et al.* – Verified Complaint for Declaratory Injunctive Relief |
| Exhibit U | *Wood v Raffensberger, et al.* – Opinion & Order denying motion for temporary restraining order |
| Exhibit V | *King, et al v Whitmer, et al* Intervenor/Defendant City of Detroit's Motion for Sanctions For Disciplinary Action, For Disbarment Referral and For referral to State Bar Disciplinary Bodies w/ Supporting Brief |
| Exhibit W | *Page v Oath, Inc.* – Rule to Show Cause *(re revocation of Wood's pro hac vice)* |
| Exhibit X | *Page v Oath, Inc.*- Jan. 11, 2021 Superior Court for the State of Delaware Opinion and Order revoking Wood's *pro hac vice* |
| Exhibit Y | Internet post *Trumpist Lawyer Lin Wood Goes on Unhinged Rant Suggesting Justice John Roberts is a Murderous Pedophile* |
| Exhibit Z | CNN News *Federal Prosecutors Have Charged Over 100 people in Capitol Hill riot* |

**2.** *Wade, et al. v. Lin Wood* – Verified Complaint, Fulton Superior Court, #2020CV339937.

**3.** *Wade, et al. v. L. Lin Wood* – Transcript of Plaintiffs' Emergency Motion for Preliminary Injunction Proceedings, September 23, 2020, including the following exhibits:
  P1- Settlement Agreement
  P1A. 9/22/20 Affidavit of G. Taylor Wilson
  P1B. 9/14/20 Affidavit of G. Taylor Wilson
  P8. Correspondence from Christopher Marquardt
  P9. 8/7/20 Correspondence from Andrew Beal
  P10. Email from Lin Wood
  P12. 8/27/20 Correspondence from Andrew Beal
  P13. L. Lin Wood Statement
  P14. L. Lin Wood Tweets and Parler Posts
  D1. Settlement Agreement
  D2. Affidavit of L. Lin Wood in Opposition to Emergency Motion
  D3. Operating Agreement of Grunberg & Wilson

    **D4. Final Settlement Statement Signed by Clients**

    **D5. Text Message from Wade to Wood**

    **D6. Email Correspondence Between Plaintiffs and L. Lin Wood**

    **D7. Email from Grunberg to Wood**

    **D8. 2/22/20 Email Among Counsel in Disputed Case**

    **D9. 2/27/20 Email from Wood to Plaintiffs and Plaintiffs' Attorney**

    **D10. 3/1/20 Email Among Counsel in Disputed Case**

    **D11. 3/11/20 Email and Attachment from Plaintiff's Counsel to Defendants' Counsel**

    **D12. 3/17/20 Defendants' Counsel Email to Plaintiff's Counsel**

    **D13. 3/18/20 Email Correspondence Between Wood and Plaintiffs**

    **D14. 4/4/20 Email Correspondence Between Wood and Grunberg**

    **D15. Emails from Wood to Grunberg Regarding Referrals**

    **D16. 7/23/20 Email Correspondence Between Wood and Wilson**

    **D17. 4/29/20 Email from Wood to Plaintiffs**

    **D18. 7/24/20 Letter from Defendants' Counsel to Plaintiffs' Counsel**

    **D19. 8/7/20 Letter from Plaintiffs' Counsel to Defendants' Counsel**

    **D20. 8/10/20 Letter from Defendants' Counsel to Plaintiffs' Counsel**

    **D21. 8/26/20 Email from Plaintiffs' Counsel to Defendants' Counsel**

    **D22. 8/26/20 Email from Plaintiffs' Counsel to Defendants' Counsel**

    **D23. 8/27/20 Letter from Plaintiffs' Counsel to Defendants' Counsel**

    **D24. 8/31/20 Letter from Defendants' Counsel to Plaintiffs' Counsel**

    **D25. 8/31/20 Abusive Litigation Notice from Defendants' Counsel to Plaintiffs' Counsel**

    **D26. 9/10/20 Letter from Defendants' Counsel to Plaintiffs' Counsel**

**4. Informal grievances submitted to the State Bar regarding Lin Wood by:**

    **A. John V. Bellocchio**

    **B. Thomas Bliss**

    **C. Russel Clarke**

    **D. David J. Coumbe**

    **E. Paul Fine**

    **F. Michael Friedman**

    G. Ted Kurt

    H. John Lally

    I. Orville Marti

    J. Lyle Nyberg

    K. Nancy Lewis-Pegel

    L. Stacy D. Smith Goldenberg

**5.** Wall Street Journal Article, 1/12/21, *Steve Wynn and Lawyer Lin Wood, United Over Trump, Break Ties in Messy Spat*.

**6.** Social media posts made by Lin Wood, including:

    **A.** 12/30/20 Twitter post insinuating that U.S. Supreme Court Chief Justice John Roberts was involved in an illegal adoption scheme with Jeffrey Epstein for purposes of pedophilia. Wood also alleged that Jeffrey Epstein was still alive.

    **B.** 1/1/21 Twitter post and 1/7/21 Telegram post stating that Pence committed treason and stating "Get the firing squads ready. Pence goes FIRST."

    **C.** 1/6-7/21 Twitter posts stating that various government officials, including then-Vice President Mike Pence, were traitors, communist sympathizers, and child molesters who conspired to overthrow the government.

D. 1/19/21 Telegram post stating that then-VP Pence and Chief Justice Roberts were caught on tape discussing murdering judges and alleging that then-VP Pence was a pedophile.

E. 1/19/2021 Telegram post in which Wood alleges that the FBI and Former Secretary of State Hillary Clinton were involved in a plan to kill federal judges and that former Justice Antonin Scalia heard of the plan, reported it to the White House, and was killed.

F. 1/26/21 Telegram post in which Wood states that the State Bar requested that he consent to an independent mental health examination.

G. 2/13/21 Telegram posts in which Wood discusses and posts the State Bar grievance and supporting documents.

7. Correspondence between agents of the State Bar of Georgia and Lin Wood.

A. February 11, 2021 correspondence from Paula J. Frederick to Wood.

B. February 18, 2021 correspondence from Wood to Frederick.

C. February 19, 2021 correspondence from Frederick to Wood.

D. March 2, 2021 correspondence from Wood to Frederick.

E. March 10, 2021 correspondence from Frederick to Wood.

F. March 15, 2021 correspondence from Chris Steinmetz to Wood.

G. March 19, 2021 correspondence from Wood to Steinmetz.

H. March 30, 2021 correspondence from Frederick to Wood.