## Exhibit C

The relevant insurance policies are voluminous and are not attached. Digital copies have been produced to opposing counsel.