## Exhibit A
## To Plaintiff's Initial Disclosures

1. L. Lin Wood, Jr.

2. Hon. Timothy C. Batten, Sr.

3. Ryan Dark White

4. Paul Fine

5. John V. Bellocchio

6. Ted Kurt

7. Stacey Smith-Goldenberg

8. Paula J. Frederick

9. Christian J. Steinmetz, III

10. Connie S. Cooper

11. Jeffrey R. Harris

12. Casey Carter Santas

13. Patricia F. Ammari

14. Kayla E. Cooper

15. Elizabeth L. Fite

16. Elissa B. Haynes

17. Margaret W. Sigman Puccini

18. Sherry Boston

19. Elizabeth Pool O'Neal

20. David F. Richards

21. Jennifer D. Ward

22. Michael Fuller, Sr.

23. Jennifer Elizabeth Dunlap

24. Brandon L. Peak

25. Tomieka Daniel

26. Christopher Sutton Connelly

27. Melody Glouton

28. Dawn Jones

29. Nicole Wade

30. Jonathan Grunberg

31. Taylor Wilson

32. Adrienne D. Nash