**Exhibit B**
**To Plaintiff's Initial Disclosures**

1.      All emails and written correspondence between L. Lin Wood, Jr. and Paula J. Frederick.

2.      All emails and other written correspondence between L. Lin Wood, Jr., Larry L. Crain and Ibrahim Reyes with Christian J. Steinmetz, III.

3.      Verified Petition for Stay filed before the Supreme Court of the State of Georgia in Bar Grievance No. 210010.

4.      Orders issued by the Supreme Court of Georgia in Bar Grievance No. 210010, and the Petition To Stay filed by L. Lin Wood, Jr.

5.      Responses filed by L. Lin Wood, Jr. to the Bar grievances submitted by Paul Fine, John V. Bellocchio, Ted Kurt and Stacey Smith-Goldenberg.

6.      Transcript of Whistleblower Ryan Dark White Interview.

7.      Forthcoming transcripts of depositions of Nicole Wade, Jonathan Grunberg and Taylor Wilson.