# Nall & Miller, LLP

PATRICK N. ARNDT
DIRECT DIAL: 678-608-1713
PARNDT@NALLMILLER.COM

mhostetter@nallmiller.com

ATTORNEYS AT LAW

235 Peachtree Street, NE, Suite 1500
Atlanta, Georgia 30303-1418
Fax 404.522.2208

404.522.2200

A. WALTON NALL (1908-1984)
SAMUEL A. MILLER (1906-2003)

COUNSEL
ROBERT B. HOCUTT

OTHER OFFICES:
LAS VEGAS

WWW.NALLMILLER.COM

June 3, 2021

### E-File Case

Deputy Clerk to Honorable Timothy C. Batten, Sr.
Judge, United States District Court
Judge, United States District Court
Northern District of GA, Atlanta Division
U.S. Courthouse
75 Ted Turner Drive
Atlanta, GA   30303

> RE: **Patrick N. Arndt, Georgia State Bar No.: 139033**
> **Request for Leave of Absence**
>
> ***L. Lin Wood v. Paula J. Frederick, et. al.***
> USDC, Northern District of GA, Atlanta Division
> Case No.: 1:21-CV-01169-TCB
> Our File No.: 72108-67

Dear Madam/Sir:

I am writing to request that you not schedule any proceedings in the above-listed case, as I will be on leave and/or out of the state during the following periods of time:

- July 12, 2021 through and including July 19, 2021;
- August 24, 2021 through and including August 27, 2021;
- October 13, 2021 through and including October 15, 2021; and
- November 18, 2021 through and including November 19, 2021.

June 3, 2021
Page 2

       Thank you for your consideration in this matter.

       Best regards.

                                    Respectfully submitted,

                                    */s/ Patrick N. Arndt*

                                    **PATRICK N. ARNDT**
                                    For the Firm

/whg

cc:   Clerk of Court
      United States District Court, Northern Dist. of Georgia, Atlanta Division

      L. Lin Wood, Jr.
      L. Lin Wood, PC
      P.O. Box 52584
      Atlanta, GA   30355-0584

      Ibrahim Reyes
      Reyes Lawyers, PA
      236 Valencia Avenue
      Coral Gables, FL   33134

      Larry L. Crain
      Crain, Schuette & Associates
      5214 Maryland Way
      Suite 402
      Brentwood, TN   37027