IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR.,<br><br>        Plaintiff,<br>v.<br><br>PAULA J. FREDERICK, et al.<br><br>        Defendants. | CIVIL ACTION FILE<br>No. 1:21-cv-1169-TCB |

## **O R D E R**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

*The parties' request for an 8-month discovery track is GRANTED.*

IT IS SO ORDERED this 4th day of June, 2021.

_____
Timothy C. Batten, Sr.
United States District Judge