## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| L. LIN WOOD, JR.,<br><br>*Plaintiff,*<br><br>v.<br><br>PAULA J. FREDERICK, ET AL.<br><br>*Defendants.* | Civil Action No.: 1:21-CV-01169-TCB |

### NOTICE OF TAKING DEPOSITIONS PURSUANT TO FED. R. CIV. P. 30(B)(6)

TO:  Hon. Timothy C. Batten
     Paula F. Frederick, Esquire

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6) and 45 and LR 30.1, plaintiff L. Lin Wood, Jr. will take the depositions upon oral examination, to be recorded by stenographic means and videotape, at **1201 West Peachtree Street, Suite 2300, Atlanta, GA 30309**, as follows:

| DEPONENT | DATE AND TIME |
|---|---|
| **Hon. Timothy C. Batten** | 6/15/2021 at 10:00 a.m. |
| **Paula J. Frederick, Esquire** | 6/15/2021 at 2:00 p.m. |

If necessary, each deposition will be adjourned until completed.

Dated: June 8, 2021

Respectfully submitted,

Counsel for Plaintiff L. LIN WOOD, JR.

/s/ *Ibrahim Reyes*

By  Ibrahim Reyes, Esquire
    Florida Bar No. 581798
    REYES LAWYERS, P.A.
    236 Valencia Avenue
    Coral Gables, FL 33134
    Tel. 305-445-0011

Fax: 305-445-1181
Email: ireyes@reyeslawyers.com
*Counsel for the Plaintiff*
*(Pro Hac Vice)*

Larry L. Crain, Esq.
(Tenn. Supr. Crt. #9040)
CRAIN LAW GROUP, PLLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027
Tel. 615-376-2600
Fax. 615-345-6009
Email: Larry@crainlaw.legal
*Counsel for the Plaintiff*
*(Pro Hac Vice)*

L. Lin Wood, Jr., Esq.
State Bar No. 774588
L. LIN WOOD, P.C.
P.O. Box 52584
Atlanta, GA 30355-0584
Tel. 404-891-1402
Fax. 404-506-9111
Email: lwood@linwoodlaw.com
*Counsel, Pro Se*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was served on the following individual(s) via the Court's ECF-filing system on this the 8th day of June, 2021.

NALL & MILLER, LLP
ROBERT L. GOLDSTUCKER
PATRICK N. ARNDT
bgoldstucker@nallmiller.com
parndt@nallmiller.com
235 Peachtree Street, N.E.
Suite 1500 – North Tower
Atlanta, Georgia 30303-1418
Phone: (404) 522-2200
Facsimile: (404) 522-2208
*Counsel of Record for the Defendants*