IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| L. LIN WOOD, JR., <br><br> *Plaintiff,* <br><br> v. <br><br> PAULA J. FREDERICK, ET AL. <br><br> *Defendants.* | Civil Action No.: 1:21-CV-01169-TCB |

### NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(B)(6)

TO:      Paula J. Frederick, Esquire
c/o
Robert L. Goldstucker, Esquire
Patrick N. Arndt, Esquire
NALL & MILLER, LLP
235 Peachtree Street, N.E.
Suite 1500 – North Tower
Atlanta, Georgia 30303-1418
Phone: (404) 522-2200
Facsimile: (404) 522-2208

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6) and 45 and LR 30.1, plaintiff L. Lin Wood, Jr. will take the deposition upon oral examination, to be recorded by stenographic means and videotape, at 1201 West Peachtree Street, Suite 2300, Atlanta, GA 30309. The deposition will commence at 2:00 p.m. on June 15, 2021. If necessary, each deposition will be adjourned until completed.

Dated: June 8, 2021

Respectfully submitted,

Counsel for Plaintiff L. LIN WOOD, JR.

        /s/ *Ibrahim Reyes*

By      Ibrahim Reyes, Esquire
Florida Bar No. 581798
REYES LAWYERS, P.A.
236 Valencia Avenue

**EXHIBIT "D"**

Coral Gables, FL 33134
Tel. 305-445-0011
Fax: 305-445-1181
Email: ireyes@reyeslawyers.com
*Counsel for the Plaintiff*
*(Pro Hac Vice)*

Larry L. Crain, Esq.
(Tenn. Supr. Crt. #9040)
CRAIN LAW GROUP, PLLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027
Tel. 615-376-2600
Fax. 615-345-6009
Email: Larry@crainlaw.legal
*Counsel for the Plaintiff*
*(Pro Hac Vice)*

L. Lin Wood, Jr., Esq.
State Bar No. 774588
L. LIN WOOD, P.C.
P.O. Box 52584
Atlanta, GA 30355-0584
Tel. 404-891-1402
Fax. 404-506-9111
Email: lwood@linwoodlaw.com
*Counsel, Pro Se*