# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, <br>     **Plaintiff,** <br><br> v. <br><br> PAULA J. FREDERICK, CONNIE S. COOPER, JEFFREY R. HARRIS, CASEY CARTER SANTAS, PATRICIA F. AMMARI, KAYLA E. COOPER, ELIZABETH L. FITE, ELISSA B. HAYNES, MARGARET W. SIGMAN PUCCINI, SHERRY BOSTON, ELIZABETH POOL O'NEAL, DAVID F. RICHARDS, JENNIFER D. WARD, MICHAEL FULLER, SR., JENNIFER ELIZABETH DUNLAP, CHRISTIAN J. STEINMETZ, III, BRANDON L. PEAK, TOMIEKA DANIEL, CHRISTOPHER SUTTON CONNELLY, MELODY GLOUTON, and DAWN JONES, <br><br>     **Defendants.** | CIVIL ACTION FILE <br><br> NO.: 1:21-CV-01169-TCB <br><br> [PROPOSED] ORDER ON DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER |

This matter is before the Court on Defendants' *Emergency Motion for Protective Order*. After a review of all relevant pleadings, the Court finds and ORDERS as follows:

1. Defendants filed a *Motion to Dismiss* on May 3, 2021. That motion is fully briefed and is pending.

**EXHIBIT "F"**

2. No Defendant has filed an *Answer*. Pursuant to FRCP 12(a)(4)(A), if the Court denies Defendants' *Motion to Dismiss*, Defendants will be required to file an *Answer* within fourteen days of that denial. LR 26.2 states that discovery does not commence until thirty days after the appearance of the first defendant by answer to the *Complaint*. Since no *Answer* has been filed, discovery has not yet commenced. As such, depositions are premature. This Court also finds that engaging in discovery and taking depositions is wasteful of public and private resources while Defendants' *Motion to Dismiss* is pending.

3. No party shall serve discovery requests or subpoenas until thirty days after a defendant files an *Answer* in this matter. No depositions shall be scheduled until thirty days after a defendant files an *Answer* in this matter. Plaintiff's *Notice of Taking Depositions* [**Dkt. 61**] is quashed and is of no effect. Any deposition notices or subpoenas sent by Plaintiff in this action are quashed and are of no effect.

This _____ day of _____, 2021.

_____
The Honorable Timothy C. Batten, Sr.
United States District Judge

897685v.1