UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**L. LIN WOOD, JR.,**

    Plaintiff,                                  **CASE NO. 21-11649**
                                                       L.T. No. 1:21-cv-1169-TCB

v.

**PAULA J. FREDERICK, et al.,**

    Defendants.
_____/

## **PLAINTIFF'S AMENDED NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, L. LIN WOOD, JR., pursuant to Federal Rule of Appellate Procedure 4, amends the notice of appeal filed on May 10, 2021 and hereby appeals to the United States Court of Appeals for the Eleventh Circuit from a Final Order dated June 9, 2021 [DE 63], denying Plaintiff's motion for a preliminary injunction [DE 27] and further, dismissing Plaintiff's Complaint.

                                                   Respectfully submitted,

                             By:    */s/ L. Lin Wood, Jr.*
                                     **L. LIN WOOD, JR., Esq.**
                                     State Bar No. 774588
                                     P.O. Box 52584
                                     Atlanta, GA 30355-0584
                                     Tel. 404-891-1402
                                     Fax. 404-506-9111
                                     Email: lwood@linwoodlaw.com

*/s/ Ibrahim Reyes*
Ibrahim Reyes, Esq.
Florida Bar No. 581798
REYES LAWYERS, P.A.
236 Valencia Avenue
Coral Gables, FL 33134
Tel. 305-445-0011
Fax. 305-445-1181
Email: ireyes@reyeslawyers.com

*Counsel for the Plaintiff*
*(Pro Hac Vice)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been electronically filed with this Court via CM/ECF and was furnished on June 9, 2021 to all counsel of record on the service list via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive notices of filings electronically.

*/s/ L. Lin Wood, Jr.*
**L. LIN WOOD, JR., Esq.**