# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**
 AND **CLERK OF COURT**

DOCKETING SECTION
404-215-1655

June 10, 2021

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia     30303

      **U.S.D.C. No.:** 1:21-cv-1169-TCB
      **U.S.C.A. No.:** 00-00000-00
      **In re:**     L. Lin Wood, Jr. v. Paula J. Frederick et al

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified Notice of Appeal, Orders, Clerk's Judgment and Docket Sheet appealed enclosed.** |
| ___ | This is not the first notice of appeal. Other notices were filed on: . |
| **X** | **There is no transcript.** |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| ___ | Fees paid electronically on . |
| ___ | Appellant has been   leave to proceed *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| ___ | The Magistrate Judge . |
| **X** | **The District Judge is Thomas W. Thrash, Jr.** |
| ___ | This is a **DEATH PENALTY** appeal. |

                                    Sincerely,

                                    James N. Hatten
                                    District Court Executive
                                    and Clerk of Court

                         By:   /s/P. McClam
                                    Deputy Clerk

Enclosures