| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 21-11649-JJ L. Lin Wood v. Paula Frederick, et al "Amended Notice of Appeal" (1:21-cv-01169-TCB) |
| **Date:** | Tuesday, June 15, 2021 9:25:58 AM |

---

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Eleventh Circuit**

**Notice of Docket Activity**

The following transaction was entered on 06/15/2021 at 9:25:21 AM Eastern Daylight Time and filed on 06/09/2021

| | |
|---|---|
| **Case Name:** | L. Lin Wood v. Paula Frederick, et al |
| **Case Number:** | 21-11649 |
| **Document(s):** | Document(s) |

**Docket Text:**
Amended Notice of Appeal filed by Attorney L. Lin Wood for Appellant L. Lin Wood.

**Notice will be electronically mailed to:**

Patrick Nish Arndt
Clerk - Northern District of Georgia, Clerk of Court
Robert L. Goldstucker
Ibrahim Reyes
L. Lin Wood

The following document(s) are associated with this transaction:
**Document Description:** Amended Notice of Appeal
**Original Filename:** show_temp.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=06/09/2021] [FileNumber=9410921-0]
[1d424358e394f05153d95fa6fb45e0ea18367b7a2cef8e540c95c7177818a44e44d7a442ab3dfbab1e788159d093e172fddcbfff85894f8be5d0cde8a504d71c]]