# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 29, 2022

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 21-12238-JJ
Case Style: L. Lin Wood v. Paula Frederick, et al
District Court Docket No: 1:21-cv-01169-TCB

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 21-12238

_____

L. LIN WOOD,

                                      Plaintiff-Appellant,

*versus*

PAULA J. FREDERICK,
CONNIE S. COOPER,
JEFFREY R. HARRIS,
CASEY CARTER SANTAS,
PATRICIA F. AMMARI, et al.,

                                      Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-01169-TCB

_____

ISSUED AS MANDATE:  06/29/2022

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 31, 2022

For the Court: DAVID J. SMITH, Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __21-12238__

L. LIN WOOD      vs.    PAULA J. FREDERICK, et al.

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

|  | Repro. Method (Mark One) In-House | Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — | — | — | — | — |  |  |
| Appellant's Brief |  |  |  |  |  |  |  |
| Appendix (Appellee Supp Appx) | XX |  | 2,048 | 2 | 4,096 | 61.44 | $614.44 |
| Appellee's Brief | XX |  | 49 | 4 | 196 | 29.40 | $29.40 |
| Reply Brief |  |  |  |  |  |  |  |
| Binding Brief & Supplemental Appx |  |  |  |  |  | 213.56 | $213.56 |
|  |  |  |  |  |  |  |  |
| *Note: If reproduction was done commercially, receipt(s) must be attached. |  |  |  |  | TOTAL | $304.40 REQUESTED | $ $857.40 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: __Patrick N. Arndt__ (Digitally signed by: Patrick N. Arndt, DN: CN = Patrick N. Arndt, email = parndt@nallmiller.com C = US O = Nall Miller, LLP, Date: 2022.06.07 06:48:44 -04'00')

Date Signed: __6/7/2022__

Attorney Name: __Patrick N. Arndt__ (Type or print your name)

Attorney for: __Appellees__ (Type or print name of client)

E-mail: __parndt@nallmiller.com__

Phone: __(404) 522-2200__

Street Address/City/State/Zip: __Nall & Miller, LLP, 235 Peachtree Street, N.E. Suite 1500, North Tower, Atlanta, GA 30303__

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ __$857.40__ against __Appellant__

and are payable directly to __Appellee__

David J. Smith, Clerk of Court

By: __Tresa A. Porter__     DATE: 6/10/2022
Deputy Clerk

Issued on: _____

BOC Rev.: 6/17

ISSUED AS MANDATE: 06/29/2022

# Invoice

**Executive Imaging Group, LLC**
50 Hurt Plaza, Suite 945
Atlanta, GA  30303 US
(404)419-6555
trexecutive@gmail.com

| BILL TO |
| --- |
| Darlene Agin<br>Nall & Miller<br>235 Peachtree Street NW<br>Suite 1500 - North Tower<br>Atlanta, GA  30303 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 4438 | 11/17/2021 | $0.00 | 12/02/2021 | Net 15 | |

| ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| **Services**<br>GBC Binding at Top / Side | 24 | 5.50 | 132.00T |
| **Services**<br>Punching Large books over 200 pages | 1 | 25.00 | 25.00T |

SUBTOTAL 157.00
TAX (8%) 12.56
TOTAL 169.56
PAYMENT 169.56
BALANCE DUE $0.00

*PAID*

ISSUED AS MANDATE:  06/29/2022

We Appreciate your Business!   Fed. Tax ID No: 45-4001938

**Executive Imaging Group, LLC**
50 Hurt Plaza, Suite 945
Atlanta, GA  30303 US
(404)419-6555
trexecutive@gmail.com

# Invoice

| BILL TO |
| --- |
| Darlene Agin |
| Nall & Miller |
| 235 Peachtree Street NW |
| Suite 1500 - North Tower |
| Atlanta, GA  30303 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 4433 | 11/08/2021 | $0.00 | 11/23/2021 | Net 15 | |

| ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| Services<br>GBC Binding (Sind / Bottom) Punching | 8 | 5.50 | 44.00 |
| PAYMENT | | | 44.00 |
| BALANCE DUE | | | $0.00 |

PAID

ISSUED AS MANDATE:  06/29/2022

We Appreciate your Business!        Fed. Tax ID No: 45-4001938